JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESPATCH INDUSTRIES LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. CV 11-2357-R |
| vs. | ) ) | JUDGMENT |
| TP SOLAR, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

This action came on for hearing before the Court on August 22, 2011, on Defendant TP Solar Group, Inc.'s ("TPSI") Motion for Summary Judgment.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that TPSI's Motion for Summary Judgment is GRANTED.

Dated: September 14, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE