JACQUES M. DULIN (*pro hac vice*)
dulin@innovationlaw.com
INNOVATION LAW GROUP, LTD.
237 N. Sequim Ave.
Sequim, WA 98382-3456
Telephone: (360) 681-7305
Facsimile: (360) 681-7315

STANLEY E. SIEGEL (*pro hac vice*)
ssiegel@nilanjohnson.com
GREGORY A. BROMEN (*pro hac vice*)
gbromen@nilanjohnson.com
NILAN JOHNSON LEWIS PA
120 S. Sixth Street
Minneapolis, MN 55402
Telephone: (612) 305-7500
Facsimile: (612) 305-7501

[*Local Counsel Listed on Next Page*]

Attorneys for Defendant
TP SOLAR, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESPATCH INDUSTRIES LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> TP SOLAR, INC., <br><br> Defendant. | CASE NO. CV 11 2357-R (FMOx) <br><br> **AMENDED DECLARATION OF DIMITRIOS V. KOROVILAS IN SUPPORT OF DEFENDANT TP SOLAR, INC.'S APPLICATION TO THE CLERK TO TAX COSTS** <br><br> Judge: Hon. Manuel L. Real <br><br> Hearing Information <br> Before: Clerk of Court <br> via Clerk's Designee <br> (Lydia Yurtchuk) <br> Hearing Date: October 20, 2011 <br> Time: 1:00 p.m. <br> Location: Telephonic <br><br> [Filed Concurrently with Amended Notice of Application to Clerk to Tax Costs; [Proposed] Bill of Costs (Form CV-59)] |

JASON M. WUCETICH (SBN 222113)
jason@wukolaw.com
DIMITRIOS V. KOROVILAS (SBN 247230)
dimitri@wukolaw.com
WUCETICH & KOROVILAS LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201

Attorneys for Defendant
TP SOLAR, INC.

I, Dimitrios V. Korovilas, declare and state as follows:

1.      I am an attorney at law duly licensed to practice before all courts in the state of California and am a partner in the law firm of Wucetich & Korovilas LLP ("W&K"), attorneys of record for defendant TP Solar, Inc. ("TPSI"). I am the partner at W&K responsible for billing in this matter. In that capacity, I am personally familiar with the bills to TPSI for legal services rendered in this matter, as well as amounts paid by TPSI, including all costs incurred on TPSI behalf and billed to TPSI. Based on my representation of TPSI, I am familiar with the events, pleadings, discovery, and motion practice in this case. I have personal knowledge of the facts stated herein and could and would competently testify about them if called upon to do so. I make this declaration in support of TPSI's Application to the Clerk to Tax Costs.

2.      As set forth in TPSI's proposed bill of costs, TPSI's taxable costs total $3,578.80, which consists of:

         a.      Subpoena Process Service Fees: TPSI incurred $67.50 in subpoena process service fees pursuant to Fed. R. Civ. P. 45 (explicitly allowed as taxable costs pursuant to Local Rule 54-4.2). Attached hereto as Exhibit A is a true and correct redacted copy of my firm's May-June 2001 invoice to TPSI, which lists, inter alia, this $67.50 charge, necessarily incurred by TPSI on April 20, 2011, to serve a subpoena on Carson Richert, a third party designated by defendant Despatch

AMENDED KOROVILAS DECLARATION ISO APPLICATION TO THE CLERK TO TAX COSTS

Industries Limited Partnership in its initial disclosures as purportedly knowledgeable regarding TPSI's alleged infringement.  These charges were paid to USA Legal, the messenger service retained by my firm to assist with the subpoena service.  Attached hereto as <u>Exhibit D</u> is a true and correct copy of the invoice from USA Legal, reflecting the charge.

       b.    <u>Deposition Costs</u>:  TPSI has incurred $2,443.25 in deposition costs related to taking one oral deposition of Carson Richert (described above) on June 29, 2011.  Deposition costs are explicitly allowed as taxable costs pursuant to Local Rule 54-4.6.  <u>Exhibit A</u>, my firm's May-June 2011 invoice to TPSI, lists, *inter alia*, this $2,443.25 charge, necessarily incurred by TPSI to depose Mr. Richert.  These charges were paid to Sommerhauser Reporting, the deposition reporter agency retained by my firm to assist with the deposition.  The charges do not include any charges for expedited processing or videography.  Attached hereto as <u>Exhibit E</u> is a true and correct copy of the invoice from Sommerhauser Reporting reflecting the charge.

       c.    <u>Copying Costs</u>:  TPSI has incurred $1,068.05 in copying costs related copying exhibits to documents necessarily filed and served, and other papers (explicitly allowed as taxable costs pursuant to Local Rule 54-4.11).  Attached hereto as <u>Exhibit B</u> is a true and correct copy of my firm's July-August 2011 invoice to TPSI, which lists, *inter alia*, $118.05 in color copying charges necessarily incurred by TPSI in connection with the copying of exhibits to TPSI's motion for summary judgment and related papers.  Color copying was necessary as the exhibited documents consisted of color photographs, brochures, and schematics, the color of which was directly relevant to TPSI's arguments.  Attached hereto as <u>Exhibit C</u> is a true and correct copy of an invoice dated August 31, 2011, by Innovation Law Group, Ltd., TPSI's lead counsel in this matter, which reflects additional copying charges of $950.00 throughout the duration of this case, consisting of 950 pages at $.10 per page.

1    3.    Exhibits A through D have each been redacted to remove any material

2  not relevant to the above described costs, in an effort to prevent the disclosure of

3  any work product or attorney-client information and to redact irrelevant

4  information.

5    4.    Pursuant to 28 U.S.C. §1924, I verify that each of the costs and

6  disbursements described above are correct and have been necessarily incurred in

7  this case and that the services for which the fees and costs have been charged were

8  actually and necessarily performed.

9    I declare under penalty of perjury under the laws of the United States that the

10 foregoing is true and correct.

11    Executed this 29th day of September, 2011, at El Segundo, California.

12

13

14    _/s/ Dimitrios V. Korovilas_
                                        DIMITRIOS V. KOROVILAS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

# WUCETICH WK KOROVILAS

## INVOICE FOR LEGAL SERVICES RENDERED

Wucetich & Korovilas LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
Tel. (310) 335-2001
Fax (310) 364-5201
FEIN 27-2947631

**Bill To:** TP Solar, Inc
c/o Alex Rey, President & CEO
15944 Downey Avenue
Paramount, CA 90723

Client:                TP Solar, Inc.
Matter:                Despatch Industries Limited Partnership – Patent Litigation
Account No.:           1002-22
Billing Period:        5/1/11-6/30/11
Statement Print Date:  7/28/11

**Total Due:**         **$15,149.75**

**Account Detail:**

**Attorneys' Fees:**

| Date: | Attorney: | | Hours: | Rate: | Amount: |
|-------|-----------|---|--------|-------|---------|
| 5/2/11 | Dimitrios V. Korovilas | | 1 | $330 | $330.00 |
| 5/3/11 | Dimitrios V. Korovilas | | .5 | $330 | $165.00 |
| 5/4/11 | Dimitrios V. Korovilas | | 2.8 | $330 | $924.00 |
| 5/5/11 | Dimitrios V. Korovilas | | .7 | $330 | $231.00 |
| 5/6/11 | Dimitrios V. Korovilas | | 2.7 | $330 | $891.00 |

1

| Date | Name | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/10/11 | Dimitrios V. Korovilas | | 2 | $330 | $660.00 |
| 5/11/11 | Dimitrios V. Korovilas | | 1 | $330 | $330.00 |
| 5/15/11 | Dimitrios V. Korovilas | | .2 | $330 | $66.00 |
| 5/23/11 | Dimitrios V. Korovilas | | 1.3 | $330 | $429.00 |
| 6/6/11 | Dimitrios V. Korovilas | | .2 | $330 | $66.00 |
| 6/16/11 | Dimitrios V. Korovilas | | 2.5 | $330 | $825.00 |
| 6/23/11 | Dimitrios V. Korovilas | | 2.1 | $330 | $693.00 |
| 6/27/11 | Dimitrios V. Korovilas | | 2 | $330 | $660.00 |

| Date | Name | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 6/27/11 | Jason M. Wucetich | | 1.8 | $330 | $594.00 |
| 6/28/11 | Dimitrios V. Korovilas | | 6.7 | $330 | $2,211.00 |
| 6/28/11 | Jason M. Wucetich | | 1 | $330 | $330.00 |
| 6/29/11 | Dimitrios V. Korovilas | | 9.8 | $330 | $3,234.00 |
| **Total Fees:** | | | **38.3** | **$330** | **$12,639.00** |

**Disbursements:**

| <u>Date</u>: | <u>Charge</u>: | | <u>Amount</u>: |
|------|--------|---|--------|
| 5/9/11 | Messenger Fees (USA Legal) re: <br>    1. Surcharge re outlying service re C. Richert (4/20/11) | | $67.50 |
| 6/29/11 | Court Reporter Transcription Fees (Sommerhauser Reporting) re: <br>    1. Deposition of Carson Richert, 6/29/11 | | $2,443.25 |
| |      Per Diem | 150.00 | |
| |      ASCII, Condensed & Word Index | $40.00 | |
| |      Exhibits | $231.00 | |
| |      Original & One Copy | $1,991.00 | |
| |      Shipping & Handling | $31.25 | |
| |      Total | $2,443.25 | |

| **Total Disbursements:** | **$2,510.75** |
|------|--------|
| **Total Due:** | **$15,149.75** |

Please remit payment within 30 days of receipt to the following address.

> Wucetich & Korovilas LLP
> 222 North Sepulveda Boulevard, Suite 2000
> El Segundo, CA 90245

EXHIBIT A

PAGE008

EXHIBIT B

# W U C E T I C H  **WK**  K O R O V I L A S

## INVOICE FOR LEGAL SERVICES RENDERED

Wucetich & Korovilas LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
Tel. (310) 335-2001
Fax (310) 364-5201
FEIN 27-2947631

**Bill To:** TP Solar, Inc
c/o Alex Rey, President & CEO
15944 Downey Avenue
Paramount, CA 90723

| | |
|---|---|
| Client: | TP Solar, Inc. |
| Matter: | Despatch Industries Limited Partnership – Patent Litigation |
| Account No.: | 1002-22 |
| Billing Period: | 7/1/11-8/31/11 |
| Statement Print Date: | 9/21/11 |

**Total Due:**     **$24,985.75**

**Account Detail:**

**Attorneys' Fees:**

| Date: | Attorney: | Description: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| 7/8/11 | Dimitrios V. Korovilas | | 2 | $330 | $660 |
| 7/8/11 | Jason M. Wucetich | | 1 | $330 | $330 |
| 7/11/11 | Dimitrios V. Korovilas | | 1.2 | $330 | $396 |
| 7/13/11 | Dimitrios V. Korovilas | | 1 | $330 | $330 |

| Date | Name | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 7/14/11 | Dimitrios V. Korovilas | | 1.5 | $330 | $495 |
| 7/15/11 | Dimitrios V. Korovilas | | 2 | $330 | $660 |
| 7/15/11 | Jason M. Wucetich | | 2 | $330 | $660 |
| 7/16/11 | Dimitrios V. Korovilas | | 3.8 | $330 | $1,254 |
| 7/17/11 | Dimitrios V. Korovilas | | 4.2 | $330 | $1,386 |
| 7/18/11 | Dimitrios V. Korovilas | | 10.2 | $330 | $3,366 |

2

| | | | | | |
|---|---|---|---|---|---|
| 7/20/11 | Dimitrios V. Korovilas | | 2 | $330 | $660 |
| 7/21/11 | Dimitrios V. Korovilas | | .7 | $330 | $231 |
| 7/25/11 | Dimitrios V. Korovilas | | 3 | $330 | $990 |
| 7/25/11 | Jason M. Wucetich | | 2.2 | $330 | $726 |
| 7/26/11 | Dimitrios V. Korovilas | | 3.5 | $330 | $1,155 |
| 7/29/11 | Dimitrios V. Korovilas | | 2.5 | $330 | $825 |

3



| Date | Name | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 7/30/11 | Dimitrios V. Korovilas | | 1 | $330 | $330 |
| 7/31/11 | Dimitrios V. Korovilas | | 2 | $330 | $660 |
| 7/31/11 | Jason M. Wucetich | | 1.5 | $330 | $495 |
| 8/1/11 | Dimitrios V. Korovilas | | 8.1 | $330 | $2,673 |
| 8/2/11 | Dimitrios V. Korovilas | | .3 | $330 | $99 |
| 8/4/11 | Dimitrios V. Korovilas | | .3 | $330 | $99 |
| 8/8/11 | Dimitrios V. Korovilas | | .2 | $330 | $66 |
| 8/9/11 | Dimitrios V. Korovilas | | .2 | $330 | $66 |

4

| | | | | | |
|---|---|---|---|---|---|
| 8/10/11 | Dimitrios V. Korovilas | | .2 | $330 | $66 |
| 8/12/11 | Dimitrios V. Korovilas | | 1.3 | $330 | $429 |
| 8/15/11 | Dimitrios V. Korovilas | | .2 | $330 | $66 |
| 8/16/11 | Dimitrios V. Korovilas | | 1.2 | $330 | $396 |
| 8/17/11 | Dimitrios V. Korovilas | | .5 | $330 | $165 |
| 8/18/11 | Dimitrios V. Korovilas | | 4.1 | $330 | $1,353 |
| 8/19/11 | Dimitrios V. Korovilas | | .3 | $330 | $99 |
| 8/21/11 | Dimitrios V. Korovilas | | .2 | $330 | $66 |
| 8/22/11 | Dimitrios V. Korovilas | | 2.5 | $330 | $825 |
| 8/23/11 | Dimitrios V. Korovilas | | 1.3 | $330 | $429 |

5

| Date | Name | Hours | Rate | Amount |
|------|------|-------|------|--------|
| 8/24/11 | Dimitrios V. Korovilas | .3 | $330 | 99 |
| 8/25/11 | Dimitrios V. Korovilas | 2.2 | $330 | $726 |
| 8/26/11 | Dimitrios V. Korovilas | 1.7 | $330 | $561 |
| 8/27/11 | Dimitrios V. Korovilas | .2 | $330 | $66 |
| 8/29/11 | Dimitrios V. Korovilas | 1.2 | $330 | $396 |
| 8/31/11 | Dimitrios V. Korovilas | .2 | $330 | $66 |
| **Total Fees:** | | **74** | **$330** | **$24,420.00** |

**Disbursements:**

| Date: | Charge: | Amount: |
|---|---|---|
| 7/19/11 |  | $139.90 |
| 7/23/11 | Vendor Fees (Esquire Executive Suites) re:<br>1. Color copying and word processing services in connection with motion for summary judgment and related papers, 7/18/11. | $118.05 |
| 8/1/11 | | $139.90 |
| 8/1/11 | | $84.90 |
| 8/2/11 | | $31.00 |
| 8/29/11 | | $26.00 |
| 8/30/11 | | $26.00 |

| | |
|---|---|
| **Total Disbursements:** | $565.75 |
| **Total Due:** | $24,985.75 |

Please remit payment within 30 days of receipt to the following address.

Wucetich & Korovilas LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245

EXHIBIT B
PAGE016

EXHIBIT C

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8108 |

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

| Client/ Matter No. | TERMS |
|--------------------|-------|
| 7249-026 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| Research Cost | | | 365.80 | 8/25/2011 | 365.80 |
| Research Cost | | | 900.00 | 8/25/2011 | 900.00 |
| Misc Expense | | Copying Costs/ Oct. 14, 2010 to date of Hearing ( 950 pages @ .10/pg) | 950.00 | 8/26/2011 | 950.00 |
| Misc Expense | | | 3.28 | 8/26/2011 | 3.28 |
| Misc Expense | | | 23.86 | 8/26/2011 | 23.86 |
| Express Mail | | | 18.30 | 8/17/2011 | 18.30 |

## BALANCE DUE $2,261.24

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C

PAGE018

# EXHIBIT D

**INVOICE**

| ACCOUNT | INVOICE NO. | CURRENT CHARGES | INVOICE DATE 05/09/11 | AMOUNT DUE | QUESTIONS (213) 607-9000 |
|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | | ▉ | PLACE ORDER (213) 607-9000 |

MAIL PAYMENT TO:

WUCETICH & KOROVILAS LLP
222 N SEPULVEDA BL #2000
EL SEGUNDO, CA 90245

USA LEGAL NETWORK GROUP INC,
800 W. 1st STREET
# 200B
LOS ANGELES   CA   90012

## SUMMARY OF CHARGES

### BILLING PERIOD

### 03/28/11-05/08/11

**Current Charges** ..............
**Previous Balance** ..............



**Total Amount Due** ..............

KEY TO SYMBOLS:     LATE FEE : NET 30 DAYS
RT = ROUND TRIP          1.5% WILL APPLIED
WT = WAITING TIME
XW = EXTRA WEIGHT
XXXXXXXXXXXXXXXXXXXXXX
JASON@WUKOLAW.COM

Invoice Due Date: 06/08/11

| ACCOUNT | INVOICE NO. | CURRENT CHARGES | INVOICE DATE 05/09/11 | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | | ▉ | ▉ |

Please make check payable to:

USA LEGAL NETWORK GROUP INC,
800 W. 1st STREET
# 200B
LOS ANGELES   CA   90012

WUCETICH & KOROVILAS LLP
222 N SEPULVEDA BL #2000
EL SEGUNDO, CA 90245

*Pairo*
*b/q*

# USA LEGAL NETWORK GROUP INC, DETAIL OF DELIVERIES 03/28/11 - 05/08/11

Account: ▮▮▮ / WUCETICH & KOROVILAS LLP

| Ticket Time/Date | Caller Reference/Control Proof of delivery | From | To | Charge Detail | |
|---|---|---|---|---|---|



| 769147 13:51 04/20/11 | DIMITRIOS TPSolar | USA Legal 800 W. 1st St., #200B LOS ANGELES 90012 | CARSON T. RICHERT / 4247 SAN RAMON DRIVE CORONA 91720 | OUTLYING SERVICE | 67.50 |
| | | 13:44 | 14:51 | PRIORITY | |
| SERVED / 769140 | | | | ADDT'L ENT | |
| | | | | Total: | 67.50 |

EXHIBIT E

## SOMMERHAUSER REPORTING

1545 Wilshire Boulevard, Suite 610
Los Angeles, CA 90017
Phone: 213-483-8845/805-285-3599

Dimitrios V. Korovilas, Esq.
Wucetich & Korovilas LLP
222 North Sepulveda Boulevard
Suite 2000
El Segundo, CA 90245

# *Invoice #12224*

| Date | Terms |
|------|-------|
| 07/18/2011 | Due on receipt |

| Assignment | Case | Billing Reference | Shipped | Shipped Via |
|------------|------|-------------------|---------|-------------|
| 06/29/2011 | Despatch vs. TP Solar Inc. | | 07/15/2011 | UPS |

| Description | Amount |
|-------------|--------|
| **Deposition of Carson Richert** | |
| A.M./P.M. Per Diem | $ 150.00 |
| ASCII, Condensed & Word Index | $ 40.00 |
| Exhibits | $ 231.00 |
| Original & One Copy | $ 1,991.00 |
| Shipping and Handling | $ 31.25 |
| | $ 2,443.25 |

| | |
|---|---|
| Amount Due: | $ 2,443.25 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 2,443.25** |
| **Payment Due:** | **Upon Receipt** |

*We Appreciate Your Business !*

EIN No. 45-2414639

EXHIBIT E

PLEASE NOTE: THIS INVOICE IS DUE AND PAYABLE NOW. AFTER 30 DAYS THIS ACCOUNT IS SUBJECT TO AN
ADDITIONAL CHARGE OF 1½ % PER MONTH OR AT THE EQUIVALENT OF 18% PER ANNUM.