# WUCETICH WK KOROVILAS

## INVOICE FOR LEGAL SERVICES RENDERED

Wucetich & Korovilas LLP  
222 North Sepulveda Boulevard, Suite 2000  
El Segundo, CA 90245  
Tel. (310) 335-2001  
Fax (310) 364-5201  
FEIN 27-2947631

Bill To: TP Solar, Inc  
c/o Alex Rey, President & CEO  
15944 Downey Avenue  
Paramount, CA 90723

Client: TP Solar, Inc.  
Matter: Despatch Industries Limited Partnership – Patent Litigation  
Account No.: 1002-22  
Billing Period: 4/1/11-4/30/11  
Statement Print Date: 5/10/11

**Total Due:** $10,783.40

## Account Detail:

**Attorneys' Fees:**

| Date: | Attorney: | Description: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| 4/1/11 | Dimitrios V. Korovilas | Review e-mails from J. Dulin regarding ████ | .2 | $330 | $66 |
| 4/11/11 | Dimitrios V. Korovilas | Prepare written discovery requests, including requests for production, requests for admission, and interrogatories; format same to comply with local requirements; review and respond to correspondence regarding ████ | 3 | $330 | $990 |
| 4/14/11 | Dimitrios V. Korovilas | Finalize written discovery requests, including requests for production, requests for admission, and interrogatories; communicate with J. Dulin regarding ████ coordinate service of same; prepare e-mail to J. Dulin regarding ████ | 3 | $330 | $990 |

1

EXHIBIT A  
PAGE005

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/18/11 | Dimitrios V. Korovilas | Prepare notice of deposition of Despatch; review and revise protective order regarding confidential information. | 2.5 | $330 | $825 |
| 4/19/11 | Dimitrios V. Korovilas | Call with J. Dulin regarding ███████████████; prepare notice of deposition of Despatch; prepare document and deposition subpoenas to C. Richert; coordinate service of same. | 4 | $330 | $1,320 |
| 4/20/11 | Dimitrios V. Korovilas | Finalize pro hac vice applications of J. Dulin, G. Bromen, and S. Siegel; coordinate filing of same. | 2.5 | $330 | $825 |
| 4/21/11 | Dimitrios V. Korovilas | Prepare responses to Despatch's first set of interrogatories; review orders granting pro hac vice applications for J. Dulin, G. Bromen, and S. Siegel. | 3.5 | $330 | $1,155 |
| 4/22/11 | Dimitrios V. Korovilas | Call with J. Dulin regarding ███████████████; prepare and coordinate service of TPSI's responses to Despatch's interrogatories; prepare TPSI's responses to Despatch's requests for production. | 4.5 | $330 | 1,485 |
| 4/25/11 | Dimitrios V. Korovilas | Review and respond to correspondence regarding ███ ███████████; finalize TPSI's responses to Despatch's request for production. | 2.5 | $330 | $825 |
| 4/26/11 | Dimitrios V. Korovilas | Review and revise draft Rule 26(f) report. | 1 | $330 | $330 |
| 4/27/11 | Dimitrios V. Korovilas | Attend meeting with J. Dulin and client at client's offices in Paramount; attend joint Rule 26(f) conference of counsel; revise Rule 26(f) report based on conference. | 3.5 | $330 | $1,155 |
| **Total Fees:** | | | 30.2 | $330 | $9,966 |

**Disbursements:**

| Date: | Charge: | Amount: |
|---|---|---|
| 4/20/11 | Pro Hac Vice Application Fees (Clerk of U.S. Court) for<br>1. G. Bromen ($275) and<br>2. S. Siegel ($275) | $550 |

2

| | | |
|---|---|---|
| 4/20/11 | Messenger Fees (USA Legal) re:<br>1. Personal Service of Document and Deposition Subpoenas on C. Richert, including outlying service charge, check fee, and priority fee. | $238.40 |
| 4/21/11 | Messenger Fees (USA Legal) re:<br>1. Delivery of mandatory courtesy copies of pro hac vice application filings to Judge Real. | $29.00 |
| **Total Disbursements:** | | **$817.40** |
| | | |
| **Total Due:** | | **$10,783.40** |

Please remit payment within 30 days of receipt to the following address.

>Wucetich & Korovilas LLP
>222 North Sepulveda Boulevard, Suite 2000
>El Segundo, CA 90245

3

EXHIBIT A
PAGE007

# WUCETICH WK KOROVILAS

## INVOICE FOR LEGAL SERVICES RENDERED

Wucetich & Korovilas LLP  
222 North Sepulveda Boulevard, Suite 2000  
El Segundo, CA 90245  
Tel. (310) 335-2001  
Fax (310) 364-5201  
FEIN 27-2947631  

**Bill To:** TP Solar, Inc  
c/o Alex Rey, President & CEO  
15944 Downey Avenue  
Paramount, CA 90723  

Client: TP Solar, Inc.  
Matter: Despatch Industries Limited Partnership – Patent Litigation  
Account No.: 1002-22  
Billing Period: 5/1/11-6/30/11  
Statement Print Date: 7/28/11  

**Total Due:** **$15,149.75**

**Account Detail:**

**Attorneys' Fees:**

| Date: | Attorney: | Description: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| 5/2/11 | Dimitrios V. Korovilas | Review draft outline for motion for summary judgment. | 1 | $330 | $330.00 |
| 5/3/11 | Dimitrios V. Korovilas | Call with J. Dulin re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | .5 | $330 | $165.00 |
| 5/4/11 | Dimitrios V. Korovilas | Review letter from J. Mayer objecting to subpoena to Carson Richert; research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ prepare letter responding to objections by J. Mayer and demanding that Richert deposition move forward. | 2.8 | $330 | $924.00 |
| 5/5/11 | Dimitrios V. Korovilas | Review correspondence regarding pending discovery; call with J. Dulin re ▮▮▮▮▮▮▮▮. | .7 | $330 | $231.00 |
| 5/6/11 | Dimitrios V. Korovilas | Review and revise joint Rule 26(f) report of early meeting; prepare correspondence to opposing counsel regarding same; review draft protective order regarding handling of confidential information. | 2.7 | $330 | $891.00 |

1

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/10/11 | Dimitrios V. Korovilas | Call with P. Gray re ▮▮▮▮▮ prepare draft initial disclosures required by Fed. R. Civ. P. 26(a); review final joint Rule 26(f) report. | 2 | $330 | $660.00 |
| 5/11/11 | Dimitrios V. Korovilas | Review and revise initial disclosures ▮▮▮; coordinate service of same; communicate with opposing counsel re execution of the protective order. | 1 | $330 | $330.00 |
| 5/15/11 | Dimitrios V. Korovilas | Review draft Parks declaration in support of motion for summary judgment; prepare correspondence to co-counsel re ▮▮▮. | .2 | $330 | $66.00 |
| 5/23/11 | Dimitrios V. Korovilas | Review Despatch's responses to first set of interrogatories; prepare correspondence to co-counsel regarding ▮▮▮; review draft papers in support of motion for summary judgment. | 1.3 | $330 | $429.00 |
| 6/6/11 | Dimitrios V. Korovilas | Review correspondence regarding ▮▮▮. | .2 | $330 | $66.00 |
| 6/16/11 | Dimitrios V. Korovilas | Review draft memorandum in support of motion for summary judgment; prepare correspondence to co-counsel regarding ▮▮▮. | 2.5 | $330 | $825.00 |
| 6/23/11 | Dimitrios V. Korovilas | Review draft declarations in support of motion for summary judgment; prepare correspondence to opposing counsel regarding pending document production by C. Richert. | 2.1 | $330 | $693.00 |
| 6/27/11 | Dimitrios V. Korovilas | Review documents produced by C. Richert in response to subpoena; communicate with co-counsel regarding ▮▮▮ | 2 | $330 | $660.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/27/11 | Jason M. Wucetich | Review draft motion for summary judgment and supporting papers. | 1.8 | $330 | $594.00 |
| 6/28/11 | Dimitrios V. Korovilas | Review draft motion for summary judgment and supporting papers; prepare for deposition of C. Richert; meeting with J. Dulin regarding ▮; review and prepare exhibits regarding same; review Despatch's initial disclosures' statements regarding C. Richert. | 6.7 | $330 | $2,211.00 |
| 6/28/11 | Jason M. Wucetich | Review draft motion for summary judgment and supporting papers. | 1 | $330 | $330.00 |
| 6/29/11 | Dimitrios V. Korovilas | Attend deposition of C. Richert; review draft motion for summary judgment and supporting papers. | 9.8 | $330 | $3,234.00 |
| **Total Fees:** | | | **38.3** | **$330** | **$12,639.00** |

**Disbursements:**

| Date: | Charge: | | Amount: |
|---|---|---|---|
| 5/9/11 | Messenger Fees (USA Legal) re:<br>1. Surcharge re outlying service re C. Richert (4/20/11) | | $67.50 |
| 6/29/11 | Court Reporter Transcription Fees (Sommerhauser Reporting) re:<br>1. Deposition of Carson Richert, 6/29/11 | | $2,443.25 |
| | Per Diem | 150.00 | |
| | ASCII, Condensed & Word Index | $40.00 | |
| | Exhibits | $231.00 | |
| | Original & One Copy | $1,991.00 | |
| | Shipping & Handling | $31.25 | |
| | Total | $2,443.25 | |

**Total Disbursements:** $2,510.75

**Total Due:** $15,149.75

Please remit payment within 30 days of receipt to the following address.

        Wucetich & Korovilas LLP
        222 North Sepulveda Boulevard, Suite 2000
        El Segundo, CA 90245

EXHIBIT A
PAGE010

# WUCETICH  W|K  KOROVILAS

## INVOICE FOR LEGAL SERVICES RENDERED

Wucetich & Korovilas LLP  **Bill To:** TP Solar, Inc
222 North Sepulveda Boulevard, Suite 2000   c/o Alex Rey, President & CEO
El Segundo, CA 90245   15944 Downey Avenue
Tel. (310) 335-2001   Paramount, CA 90723
Fax (310) 364-5201
FEIN 27-2947631

Client:                TP Solar, Inc.
Matter:                Despatch Industries Limited Partnership – Patent Litigation
Account No.:           1002-22
Billing Period:        7/1/11-8/31/11
Statement Print Date:  9/21/11

**Total Due:**         **$24,985.75**

**Account Detail:**

**Attorneys' Fees:**

| Date: | Attorney: | Description: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| 7/8/11 | Dimitrios V. Korovilas | Review draft memorandum in support of motion for summary judgment; review draft statement of undisputed facts and contentions of law in support of motion; review draft supporting declarations of Parks, Ragay, and Rey. | 2 | $330 | $660 |
| 7/8/11 | Jason M. Wucetich | Review draft memorandum in support of motion for summary judgment. | 1 | $330 | $330 |
| 7/11/11 | Dimitrios V. Korovilas | Prepare correspondence to co-counsel regarding ▮▮▮▮▮▮▮▮▮▮▮▮; review revised drafts of motion for summary judgment and related papers. | 1.2 | $330 | $396 |
| 7/13/11 | Dimitrios V. Korovilas | Prepare correspondence to co-counsel regarding ▮▮▮▮▮▮▮▮▮▮▮▮; review final declarations of Parks, Ragay, and Rey declarations in support of motion. | 1 | $330 | $330 |

1

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/14/11 | Dimitrios V. Korovilas | Review and compile exhibits to Rey, Parks, and Ragay declarations in support of motion for summary judgment; review and respond to correspondence regarding same. | 1.5 | $330 | $495 |
| 7/15/11 | Dimitrios V. Korovilas | Review and compile exhibits to Rey, Parks, and Ragay declarations in support of motions for summary judgment; review revised memorandum in support of motion for summary judgment. | 2 | $330 | $660 |
| 7/15/11 | Jason M. Wucetich | Review memorandum in support of motion for summary judgment. | 2 | $330 | $660 |
| 7/16/11 | Dimitrios V. Korovilas | Prepare notice of motion for summary judgment; prepare proposed order granting motion for summary judgment; prepare application to file exhibits designated as confidential under seal; prepare proposed order granting application to file under seal; review and finalize motion for summary judgment and related papers. | 3.8 | $330 | $1,254 |
| 7/17/11 | Dimitrios V. Korovilas | Prepare notice of motion for summary judgment; prepare proposed order granting motion for summary judgment; prepare application to file exhibits designated as confidential under seal; prepare proposed order granting application to file under seal; review and finalize motion for summary judgment and related papers. | 4.2 | $330 | $1,386 |
| 7/18/11 | Dimitrios V. Korovilas | Prepare notice of motion for summary judgment; prepare proposed order granting motion for summary judgment; prepare application to file exhibits designated as confidential under seal; prepare proposed order granting application to file under seal; prepare notice of manual filing re documents filed under seal; review and finalize motion for summary judgment and related papers; coordinate filing of same; coordinate service of same; coordinate delivery of mandatory | 10.2 | $330 | $3,366 |

2

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | blueback courtesy copies to Judge of same. | | | |
| 7/20/11 | Dimitrios V. Korovilas | Review ███████████████████████████████████████████████████; review meet-and-confer letter from opposing counsel regarding TPSI's discovery responses and motion for summary judgment. | 2 | $330 | $660 |
| 7/21/11 | Dimitrios V. Korovilas | Review and revise response to letter from J. Mayer dated 7/20/11 regarding discovery and pending summary judgment motion. | .7 | $330 | $231 |
| 7/25/11 | Dimitrios V. Korovilas | Review Despatch's opposition to motion for summary judgment; review Richert declaration in opposition to motion for summary judgment; review Melgaard declaration in opposition to motion for summary judgment; prepare correspondence to co-counsel regarding ███ prepare correspondence to opposing counsel regarding courtesy service copies of manual filings; prepare correspondence to co-counsel regarding opposition and strategy re reply brief. | 3 | $330 | $990 |
| 7/25/11 | Jason M. Wucetich | Review Despatch's opposition to motion for summary judgment and related papers. | 2.2 | $330 | $726 |
| 7/26/11 | Dimitrios V. Korovilas | Review deposition transcript of C. Richert ██████████████████████████████████████████; prepare ████████████████████████ review draft reply brief in support of motion for summary judgment. | 3.5 | $330 | $1,155 |
| 7/29/11 | Dimitrios V. Korovilas | Review revised draft reply brief in support of motion for summary judgment; review revised draft Rey, Parks, and Ragay second declarations in support of motion for summary judgment; prepare correspondence to co-counsel regarding ███ | 2.5 | $330 | $825 |

3

EXHIBIT A
PAGE013

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/30/11 | Dimitrios V. Korovilas | Review prior discovery correspondence with opposing counsel related to Rule 56(d) argument by Despatch; prepare application to file under seal exhibits to declarations in support of reply brief re motion for summary judgment; prepare proposed order granting application to file under seal; review revised reply in support of motion for summary judgment; review supplemental declarations in support of reply re motion for summary judgment. | 1 | $330 | $330 |
| 7/31/11 | Dimitrios V. Korovilas | Review revised reply in support of motion for summary judgment; review supplemental declarations in support of reply re motion for summary judgment; prepare application to file under seal exhibits to declarations in support of reply brief re motion for summary judgment; prepare proposed order re same. | 2 | $330 | $660 |
| 7/31/11 | Jason M. Wucetich | Review reply brief in support of motion for summary judgment. | 1.5 | $330 | $495 |
| 8/1/11 | Dimitrios V. Korovilas | Prepare written objections to evidence submitted by Despatch in opposition to motion for summary judgment; finalize reply in support of motion for summary judgment, supplemental declaration in support of same, and application to seal supporting documents related to same; coordinate filing and service of same. | 8.1 | $330 | $2,673 |
| 8/2/11 | Dimitrios V. Korovilas | Review Court order continuing hearing on motion for summary judgment; communicate with co-counsel regarding ▮▮▮▮ | .3 | $330 | $99 |
| 8/4/11 | Dimitrios V. Korovilas | Communicate with co-counsel regarding ▮▮▮▮▮▮▮. | .3 | $330 | $99 |
| 8/8/11 | Dimitrios V. Korovilas | Communicate with co-counsel regarding ▮▮▮▮▮▮ | .2 | $330 | $66 |
| 8/9/11 | Dimitrios V. Korovilas | Review exhibits submitted in connection with summary judgment motion; discuss ▮▮▮ ▮▮▮▮▮▮▮ | .2 | $330 | $66 |

4

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/10/11 | Dimitrios V. Korovilas | Review and respond to correspondence from co-counsel regarding ▮▮▮. | .2 | $330 | $66 |
| 8/12/11 | Dimitrios V. Korovilas | Review correspondence from opposing counsel regarding discovery issues; communicate with co-counsel regarding ▮; review oral argument outline for hearing on summary judgment. | 1.3 | $330 | $429 |
| 8/15/11 | Dimitrios V. Korovilas | Review exhibits submitted in connection with summary judgment motion; discuss ▮ ▮. | .2 | $330 | $66 |
| 8/16/11 | Dimitrios V. Korovilas | Discuss ▮ with co-counsel; review draft response to opposing counsel regarding discovery issues; ▮ ▮. | 1.2 | $330 | $396 |
| 8/17/11 | Dimitrios V. Korovilas | Review draft second set of requests for admission to Despatch; coordinate service of same; review correspondence regarding ▮ ▮. | .5 | $330 | $165 |
| 8/18/11 | Dimitrios V. Korovilas | Review Despatch's notice of deposition of TPSI; communicate with co-counsel regarding ▮ ▮; prepare for 8/22 hearing on motion for summary judgment; review and respond to correspondence regarding ▮. | 4.1 | $330 | $1,353 |
| 8/19/11 | Dimitrios V. Korovilas | Review Judge Real's hearing calendar for 8/22; communicate with co-counsel regarding ▮. | .3 | $330 | $99 |
| 8/21/11 | Dimitrios V. Korovilas | Communicate with co-counsel regarding ▮. | .2 | $330 | $66 |
| 8/22/11 | Dimitrios V. Korovilas | Attending hearing on motion for summary judgment; communicate with court reporter regarding obtaining transcript of same. | 2.5 | $330 | $825 |
| 8/23/11 | Dimitrios V. Korovilas | Review ▮ ▮; review local rules regarding | 1.3 | $330 | $429 |

5

|          |                      | submission of motion to tax costs and for attorneys' fees; communicate with co-counsel regarding ▮▮ review ▮▮. |     |       |             |
|----------|----------------------|------------------|-----|-------|-------------|
| 8/24/11  | Dimitrios V. Korovilas | Review minute order granting motion for summary judgment; communicate with co-counsel regarding ▮▮ | .3 | $330 | 99 |
| 8/25/11  | Dimitrios V. Korovilas | Review correspondence from opposing counsel regarding pending findings of fact and conclusions of law and proposed judgment; communicate with co-counsel regarding ▮▮ prepare proposed findings of uncontroverted facts and conclusions of law; proposed judgment; and notice of lodging; communicate with co-counsel regarding same. | 2.2 | $330 | $726 |
| 8/26/11  | Dimitrios V. Korovilas | Communicate with co-counsel regarding ▮▮ e; finalized proposed findings of uncontroverted fats and conclusions of law and proposed judgment; coordinate filing and service of same. | 1.7 | $330 | $561 |
| 8/27/11  | Dimitrios V. Korovilas | Communicate with co-counsel regarding ▮▮. | .2 | $330 | $66 |
| 8/29/11  | Dimitrios V. Korovilas | Review objections filed by Despatch to proposed findings; communicate with co-counsel regarding same; prepare response to same; coordinate filing and service of response. | 1.2 | $330 | $396 |
| 8/31/11  | Dimitrios V. Korovilas | Communicate with co-counsel regarding ▮▮ | .2 | $330 | $66 |
| **Total Fees:** |          |                  | **74** | **$330** | **$24,420.00** |

**Disbursements:**

| Date: | Charge: | Amount: |
|---|---|---|
| 7/19/11 | Messenger Fees (USA Legal) re:<br>1. Personal delivery of motion for summary judgment and related papers to Despatch's local counsel, 7/18/11. | $139.90 |
| 7/23/11 | Vendor Fees (Esquire Executive Suites) re:<br>1. Color copying and word processing services in connection with motion for summary judgment and related papers, 7/18/11. | $118.05 |
| 8/1/11 | Vendor Fees (USA Legal) re:<br>1. Personal delivery of reply in support of motion for summary judgment and related papers to Despatch's local counsel. | $139.90 |
| 8/1/11 | Vendor Fees (USA Legal) re:<br>1. Messenger fees re paper filing of application to seal and related papers in connection with reply in support of motion for summary judgment. | $84.90 |
| 8/2/11 | Vendor Fees (USA Legal) re:<br>1. Preparation and delivery of mandatory bluebacked courtesy copies to chambers re reply in support of motion for summary judgment. | $31.00 |
| 8/29/11 | Vendor Fees (USA Legal) re:<br>1. Preparation and delivery of mandatory bluebacked courtesy copies to chambers re proposed findings of controverted facts and conclusions of law and proposed judgment. | $26.00 |
| 8/30/11 | Vendor Fees (USA Legal) re:<br>1. Preparation and delivery of mandatory bluebacked courtesy copies to chambers re response to Despatch's objections to proposed findings of uncontroverted facts and conclusions of law. | $26.00 |

**Total Disbursements:** $565.75

**Total Due:** $24,985.75

Please remit payment within 30 days of receipt to the following address.

> Wucetich & Korovilas LLP
> 222 North Sepulveda Boulevard, Suite 2000
> El Segundo, CA 90245