# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



PAID
12/13/2010

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/31/2010 | 7041 |

| Client/ Matter No. | TERMS |
|---|---|
| 7249-025 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| | | New Matter  Despatch Industries v TP Solar Inc.<br>D- MN         Oct. 2010 | | | |
| J Dulin 3 | 3 | Despatch v TPS patent infringement suit - Receipt & review Complaint, advise client, begin Discovery review. | 250.00 | 10/14/2010 | 750.00 |
| J Dulin 3 | 6 | Conf with ▮▮▮▮▮ interview local Counsel ▮▮▮ Telecon paralegal re: ▮▮▮ Telecons ▮ ▮▮▮ advise client on approach to ▮ Telecon ▮▮▮ research ▮▮▮ RTC's ▮ | 250.00 | 10/15/2010 | 1,500.00 |
| paralegal 3 | 1 | Telecon re: ▮▮▮ | 80.00 | 10/15/2010 | 80.00 |
| J Dulin 3 | 0.5 | Re read thru Despatch patent, notes;  Conf RWP; Telecon paralegal re: ▮▮▮ | 250.00 | 10/16/2010 | 125.00 |
| paralegal 3 | 0.2 | Telecon with Mr. Dulin  re: ▮▮▮ | 80.00 | 10/16/2010 | 16.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE064

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/31/2010 | 7041 |

| Client/ Matter No. | TERMS |
|---|---|
| 7249-025 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| paralegal 3 | 1 | Further research into ▇▇▇▇ and ▇▇ preparation of ▇▇▇▇ | 80.00 | 10/16/2010 | 80.00 |
| J Dulin 3 | 4.5 | Receipt email forward from ▇ research File Wrapper History SN 7/514,650; research ▇▇▇ research ▇▇▇ check ▇▇▇ calls to ▇▇▇ local counsel | 250.00 | 10/18/2010 | 1,125.00 |
| paralegal 3 | 0.1 | Email ▇▇▇ | 80.00 | 10/18/2010 | 8.00 |
| J Dulin 3 | 4.5 | Continue checking on local counsel; ▇▇▇ telecon ▇▇▇ complete preliminary review of File Wrapper History, review Caridis reference; email AR | 250.00 | 10/19/2010 | 1,125.00 |
| paralegal 3 | 0.75 | Download ▇▇▇ | 80.00 | 10/19/2010 | 60.00 |
| J Dulin 3 | 4 | Check ▇▇▇ checking charges of ▇▇▇ email AR ▇▇▇ Telecon Mr. Niederleuke (lw); Telecon AR re: ▇▇▇ | 250.00 | 10/20/2010 | 1,000.00 |

# BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE065

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
| --- | --- |
| 10/31/2010 | 7041 |

| Client/ Matter No. | | TERMS |
| --- | --- | --- |
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| J Dulin 3 | 2.25 | Research on ███ ███interview local counsel; conf ███ ███ | 250.00 | 10/21/2010 | 562.50 |
| J Dulin 3 | 1.2 | ███research ███conf with researcher ███ | 250.00 | 10/22/2010 | 300.00 |
| J Dulin 3 | 0.25 | Instructions to client on ███ | 250.00 | 10/24/2010 | 62.50 |
| J Dulin 3 | 1.5 | Telecon Jim Mayer (Frederickson & Byron) lw; Telecon ███ continue research on ███ssues; conf ███(researcher); | 250.00 | 10/25/2010 | 375.00 |
| J Dulin 3 | 2.75 | Interview ███ local counse███ ███ ███Telecon James Mayer of Frederickson & Byron, counsel for Despatch re: demands of Despatch to settle (stop manufacture and $25K/furnace since patent issued) and equivalents basis for Complaint; report to AR & PR; detailed email to AR, RWP & PR on ███ | 250.00 | 10/26/2010 | 687.50 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE066

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/31/2010 | 7041 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2.25 | Exchange emails with Jim Mayer; Telecon Stan Siegel ▇ Discuss ▇ ▇ Telecons client advising on ▇ ▇ continue discovery review; Telecon RWP, Telecon AR re: ▇ | 250.00 | 10/27/2010 | 562.50 |
| J Dulin 3 | 1.75 | Telecons AR/RWP advising on ▇ | 250.00 | 10/28/2010 | 437.50 |
| J Dulin 3 | 1.5 | Email  Mayer (he is out thru Nov. 1); 5 emails, Telecon ▇ RWP; research on ▇ | 250.00 | 10/29/2010 | 375.00 |
| J Dulin 3 | 0.75 | Telecon ▇ ▇ send to AR/RWP/PR & Translator; Telecon Alex re: same; ▇ | 250.00 | 10/30/2010 | 187.50 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE067

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



PAID
12/13/2010

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/31/2010 | 7041 |

| | | | Client/ Matter No. | | TERMS |
|---|---|---|---|---|---|
| | | | 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | subtotal services this invoice: | | | 9,419.00 |
| Patent Searches | 1 | ███████████ | 125.00 | 10/31/2010 | 125.00 |

| | | | | **BALANCE DUE** | $9,544.00 |
|---|---|---|---|---|---|

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE068

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/30/2010 | 7004 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | TP Solar v Despatch Industries Matter (MN) Nov. 2010 | | | |
| J Dulin 3 | 0.75 | Email exchange with J. Mayer; confirm to AR that ███ conf with DK on jurisdiction ████ | 250.00 | 11/1/2010 | 187.50 |
| J Dulin 3 | 0.5 | Telecon ███ re: ███ 2 telecons from J Mayer (could not hear him; he was on his cell); conf DK ███ | 250.00 | 11/2/2010 | 125.00 |
| J Dulin 3 | 1.5 | Conf DK re ███ email Stan Siegel; continue case study | 250.00 | 11/3/2010 | 375.00 |
| J Dulin 3 | 1.25 | Telecon Jim Mayer (LW); Telecon J Mayer requesting dismissal under 41a1, FWE, Rule 11, ███ conf Researcher ███ re: status of case, ███ email ███ MN co counsel; | 250.00 | 11/4/2010 | 312.50 |
| | | | **BALANCE DUE** | | |

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE069

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue
Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:
TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/30/2010 | 7004 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 1 | Exchange emails with A. Rey on ▮▮▮ advise on ▮▮ case law research | 250.00 | 11/5/2010 | 250.00 |
| J Dulin 3 | 0.75 | Email status query to Mayer; conf ▮ on ▮▮ | 250.00 | 11/8/2010 | 187.50 |
| J Dulin 3 | 0.25 | Telecon J Mayer who reports no decision yet (has not even convened the decision makers); says no rush on service; | 250.00 | 11/9/2010 | 62.50 |
| J Dulin 3 | 0.15 | Telecon Stan Siegal, ▮▮▮ | 250.00 | 11/10/2010 | 37.50 |
| J Dulin 3 | 0.15 | Telecon Peter advising on ▮▮▮ | 250.00 | 11/11/2010 | 37.50 |
| J Dulin 3 | 1 | Telecon AR ▮▮▮ ▮▮▮ Telecon from S Siegal advising that ▮▮▮ ▮▮▮ Telecon PR advising to be on look out for service; | 250.00 | 11/15/2010 | 250.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE070

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 11/30/2010 | 7004 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 0.05 | Telecon PR re: ▮ | 250.00 | 11/16/2010 | 12.50 |
| Client Accomo... | | No Charge | -12.50 | 11/16/2010 | -12.50 |
| J Dulin 3 | 1.5 | Receipt Service copy of Complaint; review. ▮ email exchange S Siegel, conf ▮ re: ▮ Telecon of 11/11 of Jim Mayer, save forward to S. Siegel; | 250.00 | 11/18/2010 | 375.00 |
| J Dulin 3 | 0.5 | Conf ▮ on research; draft of Motion to Dismiss | 250.00 | 11/19/2010 | 125.00 |
| J Dulin 3 | 2 | Conf with Researcher; review ▮ begin outline on Motion | 250.00 | 11/26/2010 | 500.00 |
| J Dulin 3 | 0.5 | Exchange emails MN co counsel; conf Researcher work on ▮ | 250.00 | 11/29/2010 | 125.00 |
| J Dulin 3 | 1.9 | Telecon ▮ re: ▮ Telecon S Siegal re: ▮ prepare ▮ Alex's Declaration. Sent electronically 12-7-2010* | 250.00 | 11/30/2010 | 475.00 |

## BALANCE DUE    $3,425.00

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE071

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 11/30/2010 | 7426 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| paralegal 1 | 30.5 | Oct & Nov. services related to infringement Despatch Industries V TP Solar Inc. (MN) ▮▮▮▮▮▮▮▮▮▮ Sent 12-7-2010 electronically* | 35.00 | 11/28/2010 | 1,067.50 |
| | | | **BALANCE DUE** | | $1,067.50 |

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE072

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/30/2010 | 7431 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | For the Month of October 2010 | | | |
| Misc Expense | | ███████████████ | 385.60 | 10/30/2010 | 385.60 |
| | | Sent electronically 12-7-2010* | | | |

| | **BALANCE DUE** | $385.60 |
|---|---|---|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE073

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 12/31/2010 | 7473 |

| | | | Client/ Matter No. | | TERMS |
|--|--|--|--------------------|--|-------|
| | | | 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | RE: Despatch Industries v TP Solar INc. (MN) Dec. 2010 | | | |
| J Dulin 3 | 2.25 | Edit Rey Declaration; complete Draft of Parks & Ragay Declarations, conf RWP re: ▋ advise on ▋ | 250.00 | 12/1/2010 | 562.50 |
| J Dulin 3 | 0.5 | Continue review of ▋ additional edits to Declarations | 250.00 | 12/2/2010 | 125.00 |
| J Dulin 3 | 1.8 | Edits to AR Declaration ▋ conf ▋ mail S Siegal re: ▋ | 250.00 | 12/3/2010 | 450.00 |
| J Dulin 3 | 0.75 | Exchange emails w SS; edits to Rey Declaration ▋ email ▋ conf ▋ re: ▋ | 250.00 | 12/6/2010 | 187.50 |
| J Dulin 3 | 2.75 | Review ▋ AR Declaration; Telecons RWP,AR; emails: telecon S Siegal re confer on ▋ conf w ▋ emails to him; Telecon ▋ re: his work; Telecon ▋ re: ▋ report to ▋ receipt of work on Motion research from ▋ | 250.00 | 12/7/2010 | 687.50 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE074

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/31/2010 | 7473 |



| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 4.25 | Exchange telecon & emails ▇ re: ▇ ▇ work on Declaration; work on draft of Motion and forward to local counsel ▇ | 250.00 | 12/8/2010 | 1,062.50 |
| J Dulin 3 | 7 | Conf with ▇ re: Declaration ▇ review ▇ forward copy to client; Draft ▇ Declaration review ▇ edit RWP Declaration ▇ begin work on ▇ telecon RWP, AR & PR reviewing ▇ email comments from local counsel ▇ | 250.00 | 12/9/2010 | 1,750.00 |
| J Dulin 3 | 0.3 | Work on Declarations | 250.00 | 12/10/2010 | 75.00 |
| J Dulin 3 | 3 | Revise all 3 Declarations ▇ conf ▇ re: ▇ Review ▇ | 250.00 | 12/13/2010 | 750.00 |
| J Dulin 3 | 0.25 | Telecon ▇ re: ▇ work on ▇ | 250.00 | 12/14/2010 | 62.50 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE075

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/31/2010 | 7473 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|------------|-------------|------|------|--------|
| J Dulin 3 | 5.75 | Telecon interview ▓▓▓ Telecon ▓ re: ▓▓▓ ▓▓▓ email our local MN counsel Stan Siegel; telecons Siegel and Bromen re: ▓ re: ▓ Telecon RWP re: ▓ | 250.00 | 12/15/2010 | 1,437.50 |
| J Dulin 3 | 1 | ▓revise ▓▓ emails to AR, PR, RWP & MN counsel re: ▓ | 250.00 | 12/15/2010 | 250.00 |
| J Dulin 3 | 6 | Edits to AR, PR, RWP Declarations, exchange emails from SS; review & OK Motion for Extension to 01/07/2011; Telecon ▓ re: ▓▓ continue work on P& A for Motion; | 250.00 | 12/16/2010 | 1,500.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE076

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/31/2010 | 7473 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 3.9 | Work on Brief, exchange ▇ emails with MN counsel ▇ ▇ discuss ▇ conf with ▇ on ▇ | 250.00 | 12/17/2010 | 975.00 |
| paralegal 3 | 1 | Prepare Cover Page for Points and Authorities for Brief | 80.00 | 12/17/2010 | 80.00 |
| J Dulin 3 | 0.5 | Review ▇ research; email MN counsel re: | 250.00 | 12/19/2010 | 125.00 |
| J Dulin 3 | 1.75 | Research on ▇ email MN counsel; Telecon RK; revise ▇ | 250.00 | 12/20/2010 | 437.50 |
| J Dulin 3 | 1.25 | Review Research on ▇ email MN counsel; email from ▇ re: ▇ | 250.00 | 12/21/2010 | 312.50 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE077

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500




# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/31/2010 | 7473 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 1 | Telecon RWP re: ▮▮▮▮▮▮▮ ▮conf▮on▮▮▮ | 250.00 | 12/22/2010 | 250.00 |
| J Dulin 3 | 0.25 | Conf researcher▮on▮▮▮ | 250.00 | 12/23/2010 | 62.50 |
| J Dulin 3 | 1.25 | Conf▮re:▮▮▮▮ | 250.00 | 12/24/2010 | 312.50 |
| J Dulin 3 | 0.75 | Receipt▮▮▮; review▮ ▮Telecon RK; ▮▮email MN counsel re: admission pro hac vice; | 250.00 | 12/27/2010 | 187.50 |
| J Dulin 3 | 3.25 | Continue Drafting P & A Brief for Motion | 250.00 | 12/28/2010 | 812.50 |
| J Dulin 3 | 4.75 | Work on P & A, ▮▮email copy to Broman in MN; conf▮on open research items; draft Table of Contents; email to paralegal with instructions for contents & case tables. | 250.00 | 12/29/2010 | 1,187.50 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE078

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/31/2010 | 7473 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2.75 | Exchange email GB re: ███ edits to Brief per ███ add Discussion of | 250.00 | 12/30/2010 | 687.50 |
| paralegal 3 | 2.5 | Editing and formatting Brief | 80.00 | 12/30/2010 | 200.00 |
| J Dulin 3 | 3 | Review, OK, scan and send ███ conf with ███ | 250.00 | 12/31/2010 | 750.00 |
| | | Sent December billing electronically 1-4-2011* | | | |

| | | | | **BALANCE DUE** | $15,280.00 |
|---|---|---|---|---|---|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE079

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/31/2010 | 7714 |

| | Client/ Matter No. | | TERMS |
|---|---|---|---|
| | 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| Other Costs | 1 | Despatch Industries v  TP Solar in MN  ▉▉▉▉▉▉▉▉▉▉▉  Sent electronically 1-4-2011* | 393.75 | 12/31/2010 | 393.75 |

| | | | | **BALANCE DUE** | $393.75 |
|---|---|---|---|---|---|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE080

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/31/2011 | 7725 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | RE: Despatch v TP Solar, Inc.  MN | | | |
| J Dulin 3 | 4.25 | Continue draft of Memorandum, case review and annotate Memorandum with references to paragraph & line in Declarations; | 250.00 | 1/2/2011 | 1,062.50 |
| J Dulin 3 | 5.25 | Exchange emails Bromen; Telecon GB; work on arguments section of Brief. | 250.00 | 1/3/2011 | 1,312.50 |
| J Dulin 3 | 6 | Complete Brief; email to local MN counsel; receipt of Original Declarations and send to MN local counsel; ██████████ email to MN counsel. | 250.00 | 1/4/2011 | 1,500.00 |
| J Dulin 3 | 3.5 | Email exchange G Bromen; Telecon GB; check ████████████████████ prepare Amended Answer & forward to GB for filing; | 250.00 | 1/5/2011 | 875.00 |
| J Dulin 3 | 1.25 | ████████ email GB; Telecon Court Scheduling Clerk, fill out Motion to Admit; reivew ████████ exchange emails MN counsel, telecon report of status to client and schedule for Hearing (not till April 1). | 250.00 | 1/6/2011 | 312.50 |

# BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE081

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com



BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/31/2011 | 7725 |

| Client/ Matter No. | TERMS |
|--------------------|-------|
| 7249-025 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2 | Telecon GB ▮▮▮ instructions to paralegal | 250.00 | 1/7/2011 | 500.00 |
| J Dulin 3 | 0.75 | Exchange ▮ emails re: ▮▮ | 250.00 | 1/25/2011 | 187.50 |
| J Dulin 3 | 1.5 | Email to Niederleucke re: Meet & Confer Teleconf set for Fri. Jan. 28th;  Telecon SS & GB re: ▮▮▮ M & C confer negotiations with Niederleucke re: Despatch dismissing in MN re filing in Central District of CA; Telecon report to client; | 250.00 | 1/26/2011 | 375.00 |
| J Dulin 3 | 2.5 | Exchange emails and telecons Niederleucke; SS & GB re: ▮▮ | 250.00 | 1/28/2011 | 625.00 |
| J Dulin 3 | 0.4 | Exchange emails with local Counsel on ▮▮ | 250.00 | 1/31/2011 | 100.00 |
| | | subtotal services this invoice: | | | 6,850.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE082

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE





| DATE | INVOICE # |
|------|-----------|
| 1/31/2011 | 7725 |

| Client/ Matter No. | TERMS |
|--------------------|-------|
| 7249-025 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| Express Mail | | Express Mail to MN counsel re: Original Signed Declarations for Motion to Dismiss<br><br>Sent Electronically 3-17-2011* | 18.30 | 1/5/2011 | 18.30 |

## BALANCE DUE — $6,868.30

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C

PAGE083

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/31/2011 | 7757 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| Misc Expense | | Depatch Industries v TP Solar in MN | 771.20 | 1/31/2011 | 771.20 |
| | | Sent 3-17-2011 electronically** | | | |

| | **BALANCE DUE** | $771.20 |
|---|---|---|

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE084

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 2/28/2011 | 7759 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | Despatch Industries v TP Solar, INc.  in MN | | | |
| J Dulin 3 | 0.5 | Telecons & emails to MN counsel and Depatch counsel re: posture of the case; Stipulation; agree to Telecon for 2-2-2004 at Noon. | 250.00 | 2/1/2011 | 125.00 |
| J Dulin 3 | 3.25 | Telecons and M & C conf with Niederleucke; send revised Stipulation for Dismissal (our points 1 & 2, his #2 as #3); ▓ conf & emails with MN counsel on ▓ | 250.00 | 2/2/2011 | 812.50 |
| J Dulin 3 | 3.25 | Teleconf with Siegel & Broman; receipt and review ▓ draft ▓ reply to ▓ email re: M & C; | 250.00 | 2/3/2011 | 812.50 |
| J Dulin 3 | 0.5 | Receipt and preliminary review of Despatch filings; telecon Bromen & Siegel re: ▓ | 250.00 | 2/4/2011 | 125.00 |
| J Dulin 3 | 2 | Telecon MN counsel; review Discovery Requests and Exhibit C,D & E of Niederluecke Declaration; email exchange | 250.00 | 2/7/2011 | 500.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE085



# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 2/28/2011 | 7759 |

| | | | | Client/ Matter No. | | TERMS |
|---|---|---|---|---|---|---|
| | | | | 7249-025 | | Net 30 |
| **ITEM** | **TIME/HOURS** | **DESCRIPTION** | **RATE** | **DATE** | | **AMOUNT** |
| J Dulin 3 | 4.9 | Exchange emails, several calls to MN counsel; interview ▆▆▆▆▆ confer & strategy on ▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆ Review ▆▆▆▆ Review Ltr to Judge Rau and KN Response (Refusal to stay Rule 26); | 250.00 | 2/8/2011 | | 1,225.00 |
| J Dulin 3 | 6 | Receipt and review ▆▆▆▆▆▆▆ Telecon ▆ re: ▆▆▆▆▆▆ draft ▆▆▆▆▆▆ Telecons & emails MN co counsel re: ▆▆▆▆ | 250.00 | 2/9/2011 | | 1,500.00 |
| J Dulin 3 | 5.5 | Edits to Kruzek & Rey 2nd Declarations; Telecon message to Bromen re: ▆▆▆ Telecon re: ▆▆▆▆ Telecon MN counsel re: ▆▆ exchange emails re: ▆▆ | 250.00 | 2/10/2011 | | 1,375.00 |
| | | | **BALANCE DUE** | | | |

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE086

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:
TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 2/28/2011 | 7759 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 4.75 | Finalize Brief, Finalize Rule 11 Letter (Draft Motion); Telecons & emails A Rey re: ▮▮▮ exchanges emails & calls with MN counsel on ▮▮▮ | 250.00 | 2/11/2011 | 1,187.50 |
| J Dulin 3 | 3.1 | Telecon SS & GB re: ▮▮▮ conf call to Judge Rau (40 minutes) ▮▮▮ email re: Discovery & Settlement | 250.00 | 2/14/2011 | 775.00 |
| J Dulin 3 | 1.5 | Exchange ▮ emails re: Stipulations for Dismissal and exchanges with Niederluecke; report to A Rey; Telecon GB & SS re: ▮▮▮ | 250.00 | 2/15/2011 | 375.00 |
| J Dulin 3 | 0.45 | Email re: ▮▮▮ conf with RWP; email AR ▮▮▮ | 250.00 | 2/16/2011 | 112.50 |
| J Dulin 3 | 1.75 | Telecon A Rey re: ▮▮▮ email re: ▮▮▮ Review Judge Rau's Order Telecon SS & GB re: ▮▮▮ | 250.00 | 2/17/2011 | 437.50 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE087

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

PAID 04/05/2011

# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 2/28/2011 | 7759 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 0.25 | Exchange emails to SS re: ▇▇▇ Draft | 250.00 | 2/18/2011 | 62.50 |
| J Dulin 3 | 0.4 | Email Niederluecke re: Rule 26 conference schedule; emails GB re ▇▇▇ begin work on Discovery Requests | 250.00 | 2/22/2011 | 100.00 |
| J Dulin 3 | 0.75 | Review Mayer's further edits to Rule 26 Statement; exchange emails SS | 250.00 | 2/28/2011 | 187.50 |
| Express Mail | | Express Mail sent 1/6/2011  Attn Greg B. wtih MN counsel (Not billed with January)  Sent electronically 3-25-2011* | 18.30 | 2/28/2011 | 18.30 |

**BALANCE DUE**   $9,730.80

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE088

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/17/2011 | 7769 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | Cost Invoicing | | | |
| Misc Expense | | ███████████ | 1,156.80 | 3/17/2011 | 1,156.80 |
| | | Sent electronically 3-17-2011* | | | |

| | **BALANCE DUE** | $1,156.80 |
|---|---|---|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE089

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|---|---|
| 3/31/2011 | 7802 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| | | Despatch v TP Solar, Inc.    MN | | | |
| J Dulin 3 | 3.5 | Prepare ▮▮▮▮▮ Interrogatories and Requests to Produce; email status to MN counsel. | 250.00 | 3/2/2011 | 875.00 |
| J Dulin 3 | 1.5 | Prepare and send set of 15 R  to Admit to MN counsel ▮▮▮ exchange emails. | 250.00 | 3/3/2011 | 375.00 |
| J Dulin 3 | 3.25 | Telecon (1.25 hours) B Broman; editing D's Discovery Requests and Rule 26(f) statement; confer on ▮▮▮ email ▮▮▮▮ Discovery Requests; work on Responses to 4 sets of Despatch Discovery requests (set of 2/4 and 2/9); emails to Bromen & Mayer. | 250.00 | 3/4/2011 | 812.50 |
| J Dulin 3 | 4 | Prepare Response to Jurisdictional Discovery Requests of Plaintiff | 250.00 | 3/5/2011 | 1,000.00 |
| J Dulin 3 | 5.5 | Revise Defendant's  1st set of Interrogatories to ▮▮▮▮ Prepare 1st set Answers to P's First set of Interrogatories 1-14; 2 telecons RWP re: ▮▮▮▮ review ▮▮▮▮ email RWP, ▮▮▮▮▮ emails SS & GB re: ▮▮▮▮▮ | 250.00 | 3/6/2011 | 1,375.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE090

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

PAID
04/25/2011

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/31/2011 | 7802 |

| Client/ Matter No. | TERMS |
|--------------------|-------|
| 7249-025 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 4.25 | Telecon SS & GB re: ▮ edit to ▮ Answer to Personal Jurisdiction Requests of Plaintiff; Edits to ▮ TPSI Answer to Despatch 1st Set of Interrogatories; work on review of Rule 26f terms & dates; telecon RWP re: ▮ Request ▮ | 250.00 | 3/7/2011 | 1,062.50 |
| J Dulin 3 | 4.25 | Scan and send notes on 26f for conference calls; emails TPSI re: ▮ telecon Mayer re: Rule 26f Statement; conf G Bromen re: ▮ emails RWP, GB. | 250.00 | 3/8/2011 | 1,062.50 |
| J Dulin 3 | 0.25 | Telecon AR re: ▮ | 250.00 | 3/8/2011 | 62.50 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE091


# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/31/2011 | 7802 |

| | Client/ Matter No. | | | TERMS |
|---|---|---|---|---|
| | 7249-025 | | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 4.25 | Telecon GB(lw); Review Mayer edits to our Ver. 03 of 26(f) Statement; Create Ver. 04; review Mayer Edits (Ver. 05); respond and OK filing Ver. 06 of 26(f) Report; emails SS & GB; exchange emails AR re: █████ Telecon AR re: █████ email SS &GB █████ | 250.00 | 3/9/2011 | 1,062.50 |
| J Dulin 3 | 1.75 | Receipt Despatch Settlement Demand and forward to client; exchanges emails to SS/GB; work on Response; | 250.00 | 3/10/2011 | 437.50 |
| J Dulin 3 | 3.75 | Telecon RWP re: █████ Telecon █████ re: █████ work on Response to Despatch Letter Settlement Demand; emails MN counsel re: █████ | 250.00 | 3/11/2011 | 937.50 |
| J Dulin 3 | 1 | Draft █████ Response to Settlement Demand by Despatch, forward to MN counsel █████ | 250.00 | 3/12/2011 | 250.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE092

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 3/31/2011 | 7802 |

| | Client/ Matter No. | | TERMS |
|---|---|---|---|
| | 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 1.5 | Revise Settlement Ltr Response Research ▮ emails MN counsel; | 250.00 | 3/13/2011 | 375.00 |
| J Dulin 3 | 1.25 | Final revisions to Response to Settlement and sign, scan and forward to Despatch counsel; email exchanges SS ▮ emails re: | 250.00 | 3/14/2011 | 312.50 |
| J Dulin 3 | 2.1 | Exchange emails & instructions to MN counsel re: Response to Despatch's deadline for re consideration on refusal to respond to Discovery Requests; Receipt J. Davis Decision to transfer under 1406; emails & telecons SS, GB, AR, email Korovilas; | 250.00 | 3/15/2011 | 525.00 |
| J Dulin 3 | 0.75 | Conf with RWP advising on ▮ email GB re ▮ | 250.00 | 3/16/2011 | 187.50 |
| J Dulin 3 | 0.5 | Receipt and review of CA case # and Judge Assignment papers; Telecon GB;  emails GB & SS | 250.00 | 3/24/2011 | 125.00 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE093

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/31/2011 | 7802 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 0.1 | Exchange emails SS & GB re: | 250.00 | 3/25/2011 | 25.00 |
| J Dulin 3 | 1.1 | Scan Court Notices re: Transfer to Central District of CA, Detailed email to Dimitri Korvilas re: exchange emails with SS & GB. | 250.00 | 3/28/2011 | 275.00 |
| | | subtotal | | | 11,137.50 |
| Misc Expense | | Postage: Month of February (not previously billed) | 1.05 | 2/9/2011 | 1.05 |
| Misc Expense | | Postage month of March (3 mailings) | 2.20 | 3/7/2011 | 2.20 |
| | | Sent electronically 4-13-2011* | | | |

| **BALANCE DUE** | $11,140.75 |
|---|---|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE094

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 4/30/2011 | 7893 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-025 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|------------|-------------|------|------|--------|
| Misc Expense | | ██████████ | 385.60 | 4/17/2011 | 385.60 |
| | | Sent with April billing* | | | |

| | BALANCE DUE | $385.60 |
|--|--|--|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE095

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 3/31/2011 | 7831 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | New Matter:  Despatch v TP Solar Inc. in C. District of CA | | | |
| J Dulin 3 | 3.1 | Email W & K (local CA counsel) | 250.00 | 3/30/2011 | 775.00 |
| | | Detailed email to D Korovilas re: | | | |
| J Dulin 3 | 0.4 | Email DK re:                      order Certificate of Good Standing ; email DK re: | 250.00 | 3/31/2011 | 100.00 |
| | | Sent electronically 4-13-2011* | | | |

| | **BALANCE DUE** | $875.00 |
|---|---|---|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE096

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

PAID

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 4/30/2011 | 7851REV |

| Client/ Matter No. | | TERMS |
|--------------------|--|-------|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | Despatch Industries v TP Solar (Central District of CA) | | | |
| J Dulin 3 | 2.5 | Revise Requirement to Produce, add Requests directed to all Patents & Applications of Despatch & to the Bottom Drop tempering furnaces; exchanges emails Korovilas & Rey; download CDCA court forms, begin work on them. | 250.00 | 4/7/2011 | 625.00 |
| J Dulin 3 | 5.75 | Prepare Application for CT Appearances, scan & email to Local Counsel; Originals sent Express; update, edits to ▮▮▮ Interrogatories; Request to Admit; Request to Produce Documents; exchange emails Local Counsel and ▮▮▮ | 250.00 | 4/8/2011 | 1,437.50 |
| J Dulin 3 | 1.75 | Scan, forward NJL  Feb. billing; Edit Interrogatories & Requests for Production of Documents ▮▮▮ emails GB & Dimitri Korovilas. | 250.00 | 4/12/2011 | 437.50 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE097

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 4/30/2011 | 7851REV |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2.5 | Edits to Production Requests & Interrogatories; email to Local Counsel for ████ elecon GB ████ Interrogatories and Requests  to Admit; edits to ████ email DK re: ████ | 250.00 | 4/13/2011 | 625.00 |
| J Dulin 3 | 3.25 | Exchange emails with DK re: ████ Telecon G Bromen; ████ confirm Service of TPSI Discovery; email to AR, PR & RWP re: ████ | 250.00 | 4/14/2011 | 812.50 |
| J Dulin 3 | 1.75 | Work on Deposition Notices; email DK ████ Telecon Peter re: ████ work on CM/ECF registration for document filing in Dist Court; update address with Court; Internet Search on | 250.00 | 4/15/2011 | 437.50 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE098

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

PAID

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 4/30/2011 | 7851REV |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2.75 | Work on Rule 30 (b)(b) Notice of Deposition for Despatch; emails local counsel; Telecon & emails RWP re: ▮▮▮▮ Telecon ▮▮▮ re: ▮ ▮▮▮▮▮ Edits to list of topics for 30(b)(b) Notice; forward ▮▮ to local counsel ▮▮ check schedules for Depositions. | 250.00 | 4/18/2011 | 687.50 |
| J Dulin 3 | 3.5 | Complete Notice of Deposition to Despatch under 306(b) attend to filing; Notice of Deposition to Carson Richert for May 3 or forward to local counsel for filing; exchanges emails re: ▮▮▮▮ ▮▮ Telecon DK & prepare list of Documents to be produced by Richert; telecon/email RWP re: ▮▮▮▮▮▮ | 250.00 | 4/19/2011 | 875.00 |
| J Dulin 3 | 3.25 | Email exchanges editing & finalizing subpoenas on Richert, Deposition set for May 10 & May 12; Edit Protective Order and email to Mayer for review; response on his letter on discovery; re file Form 06 on correcting Attorney Info. for CDCA; email exchanges co counsel. | 250.00 | 4/20/2011 | 812.50 |

# BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE099

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

PAID

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 4/30/2011 | 7851REV |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 4.1 | Edits to Answer to Despatch 2/7/2011 Interrogatories and forward to DK ▇ ▇ work on Responses to Requests to Produce Documents; ▇ of emails SS, DK, & JD re: ▇ | 250.00 | 4/21/2011 | 1,025.00 |
| J Dulin 3 | 4 | Review Final, correct typos & ID as P's "First" Set of Interrogatories, Forward to AR for Verification; email TPSI re: ▇ work on Response to Despatch Requirements to Produce; exchange emails and Letter to Mayer re: M&C; document sort; conf paralegal | 250.00 | 4/22/2011 | 1,000.00 |
| paralegal 3 | 0.1 | Email address and phone no. to Mr. Korovilas | 80.00 | 4/22/2011 | 8.00 |
| paralegal 3 | 0.75 | Conf with attorney re: ▇ | 80.00 | 4/22/2011 | 60.00 |
| J Dulin 3 | 3.25 | Exchange emails A Rey re: ▇ | 250.00 | 4/23/2011 | 812.50 |
| J Dulin 3 | 5.25 | Finalize Responses to Despatch 36 Requests to Produce | 250.00 | 4/24/2011 | 1,312.50 |

# BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE100

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

PAID

BILL TO:
TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 4/30/2011 | 7851REV |

| Client/ Matter No. | TERMS |
|--------------------|-------|
| 7249-026 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 6 | Telecons AR & PR re: ▉▉▉ advise on ▉▉▉ receipt & review ▉▉▉ exchange emails on M & C teleconf; Receipt of TPSI Responses to Requirement to Product, ▉▉▉ | 250.00 | 4/25/2011 | 1,500.00 |
| J Dulin 3 | 6 | Review Plaintiffs Request to Produce and make summary of required documents, review Proposed Report to Judge Real, annotate for Wed. conference; Telecon DK re: ▉▉▉ Conf @ TPSI with AR, PR, RWP ▉▉▉ exchange emails DK & Mayer re: conf Wed; Review Redline of Real Report; | 250.00 | 4/26/2011 | 1,500.00 |
| paralegal 3 | 1.25 | Print Ch I & Table of Contents of Local Rules for Central Dist. of CA and file in binder | 80.00 | 4/27/2011 | 100.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE101

# Innovation Law Group, Ltd.

# INVOICE

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

PAID

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

| DATE | INVOICE # |
|---|---|
| 4/30/2011 | 7851REV |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 7.25 | Conf @ TPSI re: | 250.00 | 4/27/2011 | 1,812.50 |
| J Dulin 3 | 7.75 | Continue document discovery and confs w AR, PR & RWP; exchange emails and telecon with ... emails paralegal re: | 250.00 | 4/28/2011 | 1,937.50 |
| paralegal 3 | 0.75 | Copying files to Zip file and emailing to Mr Dulin in CA; downloading patents to file & email to Mr. Dulin re: status of 6,501,051. | 80.00 | 4/28/2011 | 60.00 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE102

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

PAID

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 4/30/2011 | 7851REV |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 5.75 | Complete review of RTC photos and TPSI collection of documents; review CIP of RTC's '051 patent; email exchange ███ conf AR re: ███ conf ▓▓ re: ▓▓ emails DK re: ███ | 250.00 | 4/29/2011 | 1,437.50 |
| paralegal 3 | 0.1 | ███████████ | 80.00 | 4/29/2011 | 8.00 |
| paralegal 3 | 0.1 | Check Assignment status on both & email status to attorney | 80.00 | 4/29/2011 | 8.00 |
| J Dulin 3 | 2.75 | Conf at TPSI ██████ conf AR & RWP re: ██████████ work on Draft outline | 250.00 | 4/30/2011 | 687.50 |
| Express Mail | | Express Mail to Wucetich & Korovilas law firm | 17.40 | 4/8/2011 | 17.40 |
| Misc Expense | | Postage: Letter enclosing Ck to Wucetich law firm | 0.44 | 4/14/2011 | 0.44 |
| Misc Expense | | | 35.44 | 4/14/2011 | 35.44 |

# BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE103

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

**INVOICE**

| DATE | INVOICE # |
|---|---|
| 4/30/2011 | 7851REV |

PAID

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

| Client/ Matter No. | TERMS |
|---|---|
| 7249-026 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| | | Revised invoice sent 5-12-2011 electronically* | | | |

| | | | **BALANCE DUE** | $20,072.28 |
|---|---|---|---|---|

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE104

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

PAID

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 4/30/2011 | 7900 |

| Client/ Matter No. | TERMS |
|---|---|
| 7249-026 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| Dulin Travel | | Despatch Industries vs TP Solar INc. (Central District of CA)<br><br>Includes Air fare Rd Trip Seattle to Long Beach, CA (JetBlue =437.08) and<br>Taxi to Airport on out bound; Meals; Ferry ride on the return.  Mileage.  Hotel paid directly by TPSI.<br><br><br>Note: Airfare billed to Office American Express** | 683.73 | 4/22/2011 | 683.73 |

## BALANCE DUE                    $683.73

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE105

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 7895 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | Despatch Industries v TP Solar (Central District CA) | | | |
| J Dulin 3 | 3.25 | Edit outline of Motion for Summary Judgement, Ltr from J Mayer re: Deposition of Richert & Documents Despatch refuses to produce; Edit ▇▇▇ | 250.00 | 5/2/2011 | 812.50 |
| paralegal 3 | 1.75 | Input draft of Motion for Summary Judgement; | 80.00 | 5/2/2011 | 140.00 |
| paralegal 3 | 0.5 | ▇▇▇▇▇▇▇ | 80.00 | 5/2/2011 | 40.00 |
| J Dulin 3 | 4.15 | Edits to ▇▇ of Furnace History Chart, add Confidential & Priviledge Notices; Edit Draft ▇▇ of Outline for P & A for Motion for Summary Judgement (add Diagrams); email RWP re: ▇▇▇ Telecon GB (LW re: MSJ Brief); Telecon DK re: ▇▇▇ ▇▇▇ ▇▇ email ▇▇▇ re- email to ▇▇ | 250.00 | 5/3/2011 | 1,037.50 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE106

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 7895 |



| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| paralegal 3 | 0.2 | Edit ▓▓▓▓▓▓ | 80.00 | 5/3/2011 | 16.00 |
| J Dulin 3 | 3.25 | Telecon RWP re:▓▓▓▓▓ ▓▓▓ email ▓▓ re: ▓▓ issue; Telecon ▓▓ of ▓ re: RTC furnaces (lw); telecon G Bromen re: ▓▓ Telecons & emails to Korovilas re▓▓ work on MSJ reviewing case law ▓ | 250.00 | 5/4/2011 | 812.50 |
| J Dulin 3 | 3.9 | Work on Draft of Brief; exchange emails PR re:▓▓ conf paralegal re:▓▓ letter response from Mayer refusing to produce Richert, call Mayer (lw) to resolve before we resort to Court Order; work on▓▓ Protective Order ▓ email PR re:▓▓ telecon & email DK re:▓ several telecons ▓▓ | 250.00 | 5/5/2011 | 975.00 |
| paralegal 3 | 1.5 | Scan drawings into file | 80.00 | 5/5/2011 | 120.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE107

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 7895 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 4.75 | Telecon DK (lw); Telecon Mayer (lw); Telecon & email Mayer re: Deposition dates; Telecon DK re: ███ Revisions to Protective Order ███ & forward to DK for review; review drawings of re-creation of removable plate VOC condenser of RTC; conf ███ re: ███ long telecon ███ telecon DK re: ███ | 250.00 | 5/6/2011 | 1,187.50 |
| J Dulin 3 | 0.75 | Emails J Mayer re: Richert Deposition coverage of his RTC work and Deposition schedule; email DK re: ███ email re: Protective Order Draft; REview Drawings of RWP condenser at RTC; email RWP; | 250.00 | 5/7/2011 | 187.50 |
| J Dulin 3 | 6.25 | Work on MSJ; exchange emails & brief P Gray on ███ email ███ re: ███ email ███ re: ███ review ███ Telecon RWP & PR ███ | 250.00 | 5/9/2011 | 1,562.50 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE108

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 7895 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2.25 | Telecon ▮ re-▮ receipt of ▮ forward to TPSI ▮ Telecon PR ▮ emails DK, J Mayer | 250.00 | 5/10/2011 | 562.50 |
| J Dulin 3 | 6 | Edits to Initial Disclosures under FRCP 26(A); email to DK; Telecon J Mayer re: not able to open his WDF file and request resend in Word, also request explanation of their Doctrine of Equivalents argument to try to settle the case, he says he is aware of Csehi Patent Fig.3 but refuses to drop suit; Final Edits to Protective Order; Review & final edits to Joint Report, forward to all counsel; Telecon RWP & AR; emails ▮ re: ▮ telecon TPSI re: ▮ Review Despatch Initial Disclosures; Telecon Alex & Ray K re: ▮ Telecon Zooko re: ▮ email DK, receipt EM/ECF filing receipt; work on P&A of MSJ | 250.00 | 5/11/2011 | 1,500.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE109

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 7895 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 4.25 | Work on Declaration of R Parks; review ▮ Telecon SS (lw) re ▮ Telecon AR re: ▮ | 250.00 | 5/12/2011 | 1,062.50 |
| paralegal 3 | 0.2 | Scan two pgs of schematics | 80.00 | 5/12/2011 | 16.00 |
| J Dulin 3 | 4.85 | Work on Declaration of RWP; select, print photos; email AR re: ▮ email exchange of ▮ | 250.00 | 5/13/2011 | 1,212.50 |
| J Dulin 3 | 4.25 | ▮ Draft ▮ RWP Declaration; Telecon RWP | 250.00 | 5/14/2011 | 1,062.50 |
| J Dulin 3 | 4.2 | Edits to Parks Declaration, ▮ exchange emails ▮ re: ▮ conf with RWP ▮ reviewing evidence for his Declaration; | 250.00 | 5/15/2011 | 1,050.00 |
| paralegal 3 | 3.5 | Scan exhibit pages & photo exhibit pages | 80.00 | 5/16/2011 | 280.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE110

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 7895 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 3.25 | Work on Declaration Exhibit organization; edits to Schematics; email to PG ▓▓<br><br>email to DK re: | 250.00 | 5/16/2011 | 812.50 |
| J Dulin 3 | 5 | Office conference RWP ▓▓ | 250.00 | 5/17/2011 | 1,250.00 |
| paralegal 3 | 0.5 | Scan Exhibit E; make Exhibit copies | 80.00 | 5/17/2011 | 40.00 |
| paralegal 3 | 2 | Edits of RWP Declaration | 80.00 | 5/17/2011 | 160.00 |
| J Dulin 3 | 2.75 | Edit Parker Declaration ▓▓ Send Exhibit ▓▓<br><br>Telecon RWP (lw); email RWP ▓▓ work w/ paralegal on Exhibits; | 250.00 | 5/18/2011 | 687.50 |
| paralegal 3 | 0.2 | Email ▓▓ re: drawing changes; | 80.00 | 5/18/2011 | 16.00 |
| paralegal 3 | 1 | Edit Despatch v TPSI difference drawing ▓▓ | 80.00 | 5/18/2011 | 80.00 |

| | BALANCE DUE |
|---|---|

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE111

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 7895 |

| | Client/ Matter No. | | TERMS |
|---|---|---|---|
| | 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 4.75 | Work on Motion for Summary Judgment Memorandum; ▇▇ conf paralegal on Exhibit preparation; receipt of Despatch Response to Interrogatories , RfP & R t Admit ?  ; email Mayer re: Despatch schedule; Telecon & Conf with ▇▇ re: ▇▇ Telecon RWP re: ▇▇ email P Gray | 250.00 | 5/19/2011 | 1,187.50 |
| J Dulin 3 | 1.15 | Review of Despatch R to Production ?, Request to Admit, and Responses to Iterrogatories; Telecon Message to DK; work on Parks Declaration, ▇▇ conf ▇▇ no response from Despatch on re-scheduling Depos; | 250.00 | 5/20/2011 | 287.50 |
| paralegal 3 | 1 | Mark Exhibits & scan to file | 80.00 | 5/20/2011 | 80.00 |
| J Dulin 3 | 1.5 | Review Depatch Answer to Interrogatories receipt ▇▇ | 250.00 | 5/22/2011 | 375.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE112


# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500



| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 7895 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2.75 | ▮ edit ▮ of Memorandum; email to P Graves & DK ▮ | 250.00 | 5/23/2011 | 687.50 |
| J Dulin 3 | 7.25 | Complete Declarations of Rey, Declaration of Ragay; Telecon Peter & Alex re: ▮ conf in Office with ▮ re: ▮ exchange emails P Gray re ▮ conf ▮ re ▮ receipt of edits from AR & PR | 250.00 | 5/24/2011 | 1,812.50 |
| paralegal 3 | 0.1 | Copy Exhibit files to USB drive | 80.00 | 5/24/2011 | 8.00 |
| J Dulin 3 | 4.9 | Revision to R Parks Declaration ▮ forward ▮ email & Telecon RWP; Telecon P Grey re: ▮ email P Gray ▮ work to with paralegal on ▮ Telecon ▮ & trip to ▮ re: | 250.00 | 5/25/2011 | 1,225.00 |
| paralegal 3 | 5.5 | Prepare and scan Exhibits 1 -6 of Declarations & upload to flash drive | 80.00 | 5/25/2011 | 440.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE113

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 7895 |



| | | | Client/ Matter No. | | TERMS |
|---|---|---|---|---|---|
| | | | 7249-026 | | Net 30 |
| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
| J Dulin 3 | 3 | Receipt of Gray ▮▮▮ Draft; work on ▮▮▮ send ▮▮ SUF to Gray and explain ▮▮▮ | 250.00 | 5/26/2011 | 750.00 |
| J Dulin 3 | 4.5 | exchange emails with ▮▮ re: ▮▮ Proof all Declarations, scan,  Telecon AR re: | 250.00 | 5/27/2011 | 1,125.00 |
| J Dulin 3 | 1.25 | ▮▮Telecon DK re:▮▮ ▮▮mail to J Mayer requesting June 21-23 as Deposition Date for Richert and giving Local Rule 7 Notice of Motion for Summary Judgement to be filed within 10 days; forward Exhibits to DK & PG; exchange emails w ▮▮ re: ▮▮ Telecons/ emails ▮▮ re: ▮ page; prepare files for trip (for reference while out of office)  Costs for May this matter moved to stand alone invoice* Sent electronically 6-21-2011** | 250.00 | 5/28/2011 | 312.50 |

| | **BALANCE DUE** | $24,973.50 |
|---|---|---|

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE114

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 6/9/2011 | 7995 |

| Client/ Matter No. | TERMS |
|--------------------|-------|
| 7249-026 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | RE:  Despatch v TPSI - Central District CA Matter | | | |
| Legal Research | | | 365.80 | 5/31/2011 | 365.80 |
| Legal Research | | Research earliest 3 webpages using Wayback Machine Records | 56.25 | 5/24/2011 | 56.25 |
| Legal Research | | Assisting with Video CD Presentation ( Inv. 19783) | 182.58 | 6/7/2011 | 182.58 |
| Misc Expense | | | 370.08 | 6/9/2011 | 370.08 |
| | | Sent electronically 6-22-2011* | | | |

**BALANCE DUE**   $974.71

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE115

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|---|---|
| 6/30/2011 | 7971 |

| | | | Client/ Matter No. | | TERMS |
|---|---|---|---|---|---|
| | | | 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| | | Despatch Industries v TPSI  Infringement - Central Dist CA | | | |
| J Dulin 3 | 0.75 | Edit ▮▮▮ of Motion for Summary Judgement; report to RWP on ▮▮▮ | 250.00 | 6/4/2011 | 187.50 |
| J Dulin 3 | 3.25 | Conf paralegal re: ▮▮▮ research ▮▮▮  Telecon AR re: ▮▮▮ Emails Mayer & Korovilas re: Rickert Deposition set for 6/29 -6/30/2011 | 250.00 | 6/6/2011 | 812.50 |
| paralegal 3 | 1 | Enter edits to Defendant's Memorandum of Points; make up example of CD label | 90.00 | 6/6/2011 | 90.00 |
| J Dulin 3 | 4.75 | Work on ▮▮▮ Motion for Summary Judgement Brief; work on document production; email AR, Telecons PR, ▮▮▮ receipt & review | 250.00 | 6/7/2011 | 1,187.50 |
| paralegal 3 | 0.1 | Letter to James Mayer Esq. enclosing document production 00001-00007 | 80.00 | 6/7/2011 | 8.00 |
| | | | **BALANCE DUE** | | |

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C

PAGE116

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 6/30/2011 | 7971 |



| Client/ Matter No. | TERMS |
|---|---|
| 7249-026 | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| paralegal 3 | 0.5 | Numbering documents and stamping Confidential | 80.00 | 6/7/2011 | 40.00 |
| paralegal 3 | 1.5 | Scan 96 pgs. of Confidential documents | 80.00 | 6/7/2011 | 120.00 |
| J Dulin 3 | 5.7 | Complete preparation of Documents 2 -97; Ltr to Jim Mayer delivering TPSI Discovery Docs 1-97 on 2 CD's; work on ▮▮▮ Motion; Telecon P. Gray re: | 250.00 | 6/8/2011 | 1,425.00 |
| paralegal 3 | 0.5 | Scan Confidential Docs & copy to CD | 80.00 | 6/8/2011 | 40.00 |
| J Dulin 3 | 3.75 | Telecon ▮▮▮ re: ▮▮▮ work on edits to ▮▮▮ send to PG; | 250.00 | 6/9/2011 | 937.50 |
| J Dulin 3 | 4.25 | Complete Edits to ▮▮▮ cross reference Brief to Declarations, add citations; add Exhibits 7-12; email ▮▮▮ to P. Gray. | 250.00 | 6/10/2011 | 1,062.50 |
| paralegal 3 | 0.5 | Download Exhibits and Index of Exhibits | 80.00 | 6/10/2011 | 40.00 |
| J Dulin 3 | 3.75 | Complete revisions ▮▮▮ email to PG for SUF & Index, Table of Authorities; check File Wrapper History for accuracy, conf paralegal on Exhibits 7-12; check Court file for Exhibit 12; | 250.00 | 6/13/2011 | 937.50 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C

PAGE117

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@lnnovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 6/30/2011 | 7971 |



| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| paralegal 3 | 0.5 | Scan Exhibits 7 -12 | 90.00 | 6/13/2011 | 45.00 |
| J Dulin 3 | 1.25 | Exchange emails on ▓▓▓▓ emails Mayer & Korovilas re: Deposition coverage on 29th/30th;  Begin outlining Reichert Deposition topics & exhibits | 250.00 | 6/16/2011 | 312.50 |
| J Dulin 3 | 2.5 | Exchange emails with P Gray; receipt Draft ▓▓ of Memorandum and Revised SUF begin review; Email AR, PR, RWP re: ▓▓ | 250.00 | 6/17/2011 | 625.00 |
| J Dulin 3 | 1.5 | Edit ▓▓▓▓ email to P Gray; outline work on list of topics for Richert Deposition | 250.00 | 6/18/2011 | 375.00 |
| J Dulin 3 | 2.25 | Review Statement of Uncontroverted Facts, annotate with corrections and list of questions for Richert Deposition | 250.00 | 6/19/2011 | 562.50 |
| J Dulin 3 | 2.2 | Email to PG re: ▓▓▓▓conf paralegal  on ▓▓ emails to AR re: ▓▓ receipt resized photo & print; print drawings of TPSI condensor; receipt Product History Chart; print review; | 250.00 | 6/20/2011 | 550.00 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C

PAGE118

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 6/30/2011 | 7971 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| paralegal 3 | 4.5 | Input Defendants  separate Statement of Uncontroverted Facts & Conclusions of Law in support of Defendants Motion for Summary Judgement | 90.00 | 6/20/2011 | 405.00 |
| J Dulin 3 | 4.85 | Telecon P Gray re: ████████ Telecon ███ re: ████████ prepare & email ████████ prepare exhibits for Richert Deposition; Prepare Declaration of Dulin authenticating Exh. 2,3 and 6-12; email ████ to PG, DK & GB; | 250.00 | 6/21/2011 | 1,212.50 |
| paralegal 3 | 0.2 | Print out Exhibits 7 - 12 | 90.00 | 6/21/2011 | 18.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE119

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 6/30/2011 | 7971 |

| Client/ Matter No. | | TERMS |
|-------------------|---|-------|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 3.9 | Email ███ revise ███ receipt executed ███ Prepare revised Dulin Declaration ███ ███ work with paralegal on ███ email TPSI Docs 98-102 to Mayer under HC-AEO ? restrictions (Mayer out thru 6/27 █ detailed email to client re: ███ | 250.00 | 6/21/2011 | 975.00 |
| paralegal 3 | 0.5 | Redact some Exhibit pages, make cover page & scan. | 80.00 | 6/22/2011 | 40.00 |
| J Dulin 3 | 3.75 | Exchange emails DK re: ███ ███ Telecon PR re: ███ work on preparing and express mailing 4 sets of Exhibits for Richert Depo; exchange emails ██ re: BITA web pges availability (2003); | 250.00 | 6/23/2011 | 937.50 |
| paralegal 3 | 4 | Copying Exhibits 1 -12 (4 sets); 4 sets of A-F Exhibits to be sent to CA | 80.00 | 6/23/2011 | 320.00 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE120

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 6/30/2011 | 7971 |

| | | | Client/ Matter No. | | TERMS |
|---|---|---|---|---|---|
| | | | 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 3.2 | Response email to DK re: ▓▓▓ | 250.00 | 6/24/2011 | 800.00 |
| J Dulin 3 | 3.75 | Continue edits of Q 70-150; File Management Prepare files for trip | 250.00 | 6/26/2011 | 937.50 |
| paralegal 3 | 3.5 | Revisions to Richert Questions for Deposition | 80.00 | 6/27/2011 | 280.00 |
| J Dulin 3 | 4.5 | Edit Questions & Issues for Deposition (2 hrs on Trip to LA) and 6- 8:30 pm | 250.00 | 6/27/2011 | 1,125.00 |
| J Dulin 3 | 11 | Prepare for Richert Deposition | 250.00 | 6/28/2011 | 2,750.00 |
| J Dulin 3 | 10.5 | Representation of TPSI - in taking Richert Deposition | 250.00 | 6/29/2011 | 2,625.00 |
| J Dulin 3 | 1 | Exchange email with P Gray; analysis of the ▓▓▓ to P Gray & D Korovilas; outline contention interrogatories; file management. Exhibits organization; conf ▓▓▓ | 250.00 | 6/30/2011 | 250.00 |
| | | subtotal services this invoice: | | | 22,033.50 |
| Express Mail | | Express Mail to Jim Mayer, Esq. Minneapolis, MN | 18.30 | 6/8/2011 | 18.30 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C

PAGE121

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE



| DATE | INVOICE # |
|------|-----------|
| 6/30/2011 | 7971 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| Express Mail | | Express Mail to Dimitri Korovilas, Esq. in El Segundo, CA (large box of documents for Deposition) | 54.15 | 6/23/2011 | 54.15 |
| Misc Expense | | Other Charges: Check for Court Fees made payable to Wucetich & Korovilas cashed on 5/24/2011 -(not previously billed) | 275.00 | 6/30/2011 | 275.00 |
| Misc Expense | | Other Charges: Document download PACER | 0.80 | 6/13/2011 | 0.80 |
| Legal Research | | | 365.80 | 6/30/2011 | 365.80 |
| | | Sent electronically 7-11-2011* | | | |

| | **BALANCE DUE** | $22,747.55 |
|---|---|---|

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE122

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 7/31/2011 | 8018 |



| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | Despatch v TPSI in S. CA | | | |
| J Dulin 3 | 0.5 | Follow up on evidence handling, file management of Deposition preparation materials; begin review of MSJ; | 250.00 | 7/1/2011 | 125.00 |
| J Dulin 3 | 1 | Review NJ Bill; contact SS (lw) re: research | 250.00 | 7/5/2011 | 250.00 |
| Client Accomo... | | No Charge | -250.00 | 7/5/2011 | -250.00 |
| J Dulin 3 | 4.25 | Final Review of Memorandum, review SUF & COL, edit, create Final Ver. 01; Review Parks Declaration, email to P Gray & DK | 250.00 | 7/8/2011 | 1,062.50 |
| J Dulin 3 | 2 | Complete Memorandum & forward to P Gray; complete Parks Declaration email to P Gray | 250.00 | 7/10/2011 | 500.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE123

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 7/31/2011 | 8018 |

PAID
09/02/2011

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 4.5 | Check Richert Exhibit 7 (Preliminary designation "Confidential"); email J Mayer to Withdraw that designation; email ▮▮▮ Edits to Memorandum ▮▮▮ | 250.00 | 7/11/2011 | 1,125.00 |
| J Dulin 3 | 5.75 | Exchange emails C/T Reporter; exchange 5 emails w J Mayer & call him re: Withdrawing Confidentiality Notice on Docs 145 & 160-166; Complete Revisions on Parks Declaration with RWP; ▮▮▮ work on Exhibits preparation (5 sets) revise Exhibits List. | 250.00 | 7/12/2011 | 1,437.50 |
| paralegal 3 | 0.5 | Type up Exhibit list for Motion for Summary Judgement | 80.00 | 7/12/2011 | 40.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE124

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE



PAID
09/02/2011

| DATE | INVOICE # |
|------|-----------|
| 7/31/2011 | 8018 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| paralegal 3 | 2.5 | Work on Exhibits sets making copies and preparing for mailing | 80.00 | 7/12/2011 | 200.00 |
| J Dulin 3 | 4 | Telecon Peter Gray (lw) re: ▮ Telecon AR re: ▮ email ▮ exchange email PG, DK re: ▮ Receipt Court Order re: Pre Trial & Trial Dates (Jan. 9, 2012; Jan. 23, 2012 & Feb. 28, 2012) docket; prepare 5 sets of Exhibits and send to D. Korovilas; receipt signature pages on the 3 Declarations, print; forward .pdf declarations to DK; Email DK re: ▮ | 250.00 | 7/13/2011 | 1,000.00 |
| paralegal 3 | 4 | Revise Exhibit Index; continue printing copies of Exhibits; print & scan Declarations; collate Exhibits, make extra copy for file; prepare for sending Fed Ex to CA counsel; | 80.00 | 7/13/2011 | 320.00 |
| J Dulin 3 | 5 | Finalizing filing papers, exchange emails DK & P Gray, Final Edits to SUF and Memorandum; clarifying Richert Depo statement; conf paralegal re: ▮ | 250.00 | 7/14/2011 | 1,250.00 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE125

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE





| DATE | INVOICE # |
|---|---|
| 7/31/2011 | 8018 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| paralegal 3 | 4.5 | Scan Exhibits as sent to co counsel; break down scans into manageable MB size & email to co counsel. | 80.00 | 7/14/2011 | 360.00 |
| J Dulin 3 | 1.25 | Conf paralegal: ▇▇▇▇▇▇▇▇ Exhibits list for MSJ | 250.00 | 7/15/2011 | 312.50 |
| J Dulin 3 | 0.5 | Monitor filing, receipt CT's Acknowledgment of manual filing under seal of Exhibit 4 & 13; emails DK and client re: | 250.00 | 7/18/2011 | 125.00 |
| J Dulin 3 | 2.75 | Download & save Court Docket No.s 71-81, print & organize into binders; prepare updated Authentication Declaration of Clark & Dulin;emails DK & PG; Docket; Begin review of Richert Depo transcript | 250.00 | 7/19/2011 | 687.50 |
| paralegal 3 | 0.75 | Print out Richert Deposition and put in binder | 80.00 | 7/19/2011 | 60.00 |
| paralegal 3 | 1.5 | Print out Court Docket documents | 80.00 | 7/19/2011 | 120.00 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE126

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 7/31/2011 | 8018 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 1.5 | Receipt ████ ░ave & email DK re: ████ ░mail from J Mayer re: discovery production; review Chart; Review Court Notice & DK advisory. | 250.00 | 7/20/2011 | 375.00 |
| J Dulin 3 | 7 | Work with paralegal on Redacting ████ analyze letter from J Mayer threatening Motion to Compel, Draft Response; telecons & emails DK & SS: ████ | 250.00 | 7/21/2011 | 1,750.00 |
| paralegal 3 | 0.5 | ████ | 80.00 | 7/21/2011 | 40.00 |
| paralegal 3 | 0.1 | Download Word versions of as-filed MSJ documents to file | 80.00 | 7/22/2011 | 8.00 |
| J Dulin 3 | 25 | Email J Mayer re: 30(b)(6)  Deposition scheduling of Melgaard, Peyton & Richert & other designees; and request status of their Representation in view of ITW acquisition of Despatch Industries. | 250.00 | 7/23/2011 | 6,250.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE127

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 7/31/2011 | 8018 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2.75 | Receipt Despatch Response Documents Mayer Exhibit 20 and No.s 85-90; save, print, forward Melgaard and Richert Declarations to client for review. | 250.00 | 7/25/2011 | 687.50 |
| paralegal 3 | 1.5 | Research re ███ | 80.00 | 7/25/2011 | 120.00 |
| Client Accomo... | | | -120.00 | 7/25/2011 | -120.00 |
| J Dulin 3 | 10 | ███ to co counsel ███ emails to co counsel re: ███ preliminary review of Melgaard and Richert Depositions; Telecon S Siegel and P Gray (lw); | 250.00 | 7/26/2011 | 2,500.00 |
| paralegal 3 | 0.2 | Copy ███ | 80.00 | 7/26/2011 | 16.00 |
| J Dulin 3 | 8.25 | Emails client querying re: ███ email P Gray ███ complete Parks & Ragay Declaration, edit Rey ███ emails & telecon client, P Gray & DK | 250.00 | 7/27/2011 | 2,062.50 |

## BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE128

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500





# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 7/31/2011 | 8018 |

| | | | Client/ Matter No. | | TERMS |
|---|---|---|---|---|---|
| | | | 7249-026 | | Net 30 |
| **ITEM** | **TIME/HOURS** | **DESCRIPTION** | **RATE** | **DATE** | **AMOUNT** |
| J Dulin 3 | 8.5 | Complete all edits on Ragay & Parks Declarations; Telecons PR, RWP, R Kruzek, P Gray re: ███████ emails exchanges, including | 250.00 | 7/28/2011 | 2,125.00 |
| J Dulin 3 | 2.5 | Complete drafting Alex Declaration and create ███ Peter's Final; email to AR, PR & RWP, and to PG & DK. | 250.00 | 7/28/2011 | 625.00 |
| paralegal 3 | 1.5 | Print out ███ conf with attorney re: ███ | 80.00 | 7/28/2011 | 120.00 |
| J Dulin 3 | 7 | Complete Final & Execution of Declarations of Rey, Ragay & Parks; Telecons & emails Park & Rey; Telecon Bromen; ███ work on Exhibits with paralegal, begin Edits on Memorandum; legal research on ███ | 250.00 | 7/29/2011 | 1,750.00 |
| paralegal 3 | 1 | Prepare Exhibit pages for Declarations; scan to file. | 80.00 | 7/29/2011 | 80.00 |
| | | | **BALANCE DUE** | | |

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE129

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500



# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 7/31/2011 | 8018 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 9 | Complete ▬ Brief, Edits, exchange emails, ▬ review ▬ email drafts to PG; emails AR, RWP. | 250.00 | 7/30/2011 | 2,250.00 |
| paralegal 3 | 0.5 | Scan 3 Declarations & email to Dimitri, Bromen & Gray. | 80.00 | 7/30/2011 | 40.00 |
| J Dulin 3 | 7.5 | Review ▬ complete review ▬ convert to Final & Circulate, emails DK re: ▬ | 250.00 | 7/31/2011 | 1,875.00 |
| | | subtotal services this invoice: | | | 31,279.00 |
| Legal Research Express Mail | 1 | ▬ Express Mai/Courier to Korovilas Exhibit Documents - over 8 lb box | 365.80 | 7/31/2011 | 365.80 |
| | | | 84.35 | 7/22/2011 | 84.35 |

| | **BALANCE DUE** | $31,729.15 |
|---|---|---|

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE130

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 7/31/2011 | 8070 |



| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|------------|-------------|------|------|--------|
| | | Despatch v TP Solar  in Central Dist. of CA | | | |
| Dulin Travel | | Rd Trip Airfare(s)  Kenmore & JetBlue   (Travel Dates June 27-July 1) | 687.40 | 7/1/2011 | 687.40 |
| Dulin Travel | | Meals while traveling only | 20.68 | 7/1/2011 | 20.68 |
| | | Invoice was held for Misc. Costs -  Sent electronically 8-19-2011* | | | |

| BALANCE DUE | $708.08 |
|-------------|---------|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C
PAGE131

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8079 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 6.5 | Despatch v TPSI in Central District of CA<br>Draft ▓▓▓▓ final tweaks to Final ▓▓▓ Telecon & emails DK & PG; emails AR,RWP; emails & Telecons DK  re:<br>download Court as-filed Documents #95-104; emails DK re: ▓▓▓▓▓ ▓▓▓▓▓ review & OK  Korovilas Declaration; Reply filings management. | 250.00 | 8/1/2011 | 1,625.00 |
| paralegal 3 | 0.5 | Update binder & index of Pleadings | 80.00 | 8/1/2011 | 40.00 |
| paralegal 3 | 2 | Preparation of 4 Binders for Desptach Litigation Pleadings & Exhibits | 80.00 | 8/2/2011 | 160.00 |
| J Dulin 3 | 3 | Receipt Court Order re scheduling to 8/22 and notify client, work on Demonstrative Exhibits List and contact Graphics providers ▓▓▓▓ prepare ▓▓▓▓▓▓ Exhibit List and email to DK; download & save Court Filings #95-105 for our Reply, conf paralegal. | 250.00 | 8/2/2011 | 750.00 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8079 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2 | Check ▮▮▮▮▮ | 250.00 | 8/3/2011 | 500.00 |
| J Dulin 3 | 2.5 | Telecon Researcher ▮▮ re: email ▮▮▮ Exchange email ▮▮▮ re: ▮▮ work on Exhibits with paralegal; advise DK on ▮▮ Telecon TPSI; Draft email to ▮▮ re: ▮▮ determine ▮ continue review; | 250.00 | 8/4/2011 | 625.00 |
| paralegal 3 | 1 | Prepare Exhibits | 80.00 | 8/4/2011 | 80.00 |
| J Dulin 3 | 0.25 | | 250.00 | 8/5/2011 | 62.50 |
| Client Accomo... | | No Charge for above | -62.50 | 8/5/2011 | -62.50 |
| J Dulin 3 | 0.5 | Conf paralegal re: ▮▮ email AR ▮ | 250.00 | 8/5/2011 | 125.00 |

# BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax
ID Number: 91-2055302

EXHIBIT C

PAGE133

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8079 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|------------|-------------|------|------|--------|
| paralegal 3 | 4 | Continued preparation of Exhibits, copying, scanning etc. | 80.00 | 8/5/2011 | 320.00 |
| J Dulin 3 | 0.85 | Work on Exhibits; edit & send email to ▮▮▮ ▮▮▮work on Argument scripting; receive save & forward▮▮ | 250.00 | 8/7/2011 | 212.50 |
| paralegal 3 | 6 | Continue working on Exhibits for 8/22 Hearing in CA before Judge Real | 80.00 | 8/8/2011 | 480.00 |
| paralegal 3 | 4 | Continued processing files for Exhibits for Hearing | 80.00 | 8/9/2011 | 320.00 |
| J Dulin 3 | 1.25 | Continue work with paralegal on Exhibits, editing all; emails CT Reporter & DK on▮▮▮ ▮▮▮ receipt & use for Argument Exhibit; Receipt & review▮▮ | 250.00 | 8/9/2011 | 312.50 |
| J Dulin 3 | 2.75 | Complete Draft of Argument Script; continue edits of Exhibits; conf w paralegal | 250.00 | 8/10/2011 | 687.50 |
| paralegal 3 | 4 | Continued work on Exhibits for Hearing | 80.00 | 8/10/2011 | 320.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE134

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 8/31/2011 | 8079 |

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 2.5 | Finalize Script; work with paralegal on Demonstrative Exhibits for Hearing; Print Script ▪▪▪ Re-organize Demo Exhibits sequence; review ▪▪▪ email to DK and PG; Receipt Court filings & orders accepting filings under Seal of Our Exhibits; email ▪ re: easel. | 250.00 | 8/11/2011 | 625.00 |
| paralegal 3 | 6 | Continued work on Exhibits | 80.00 | 8/11/2011 | 480.00 |
| paralegal 3 | 0.75 | Receipt of Discovery Demand Letter from Despatch attorney J Mayer; review and exchange emails with DK re: ▪ finalize 33 Demonstrative Exhibits for Hearing | 80.00 | 8/12/2011 | 60.00 |
| J Dulin 3 | 1.5 | Trips to Costco re: ▪▪▪ | 250.00 | 8/12/2011 | 375.00 |
| Client Accomo... | | No Charge for above time | -375.00 | 8/12/2011 | -375.00 |
| paralegal 3 | 6.5 | Finishing touches to Exhibits for Hearing; making copies | 80.00 | 8/12/2011 | 520.00 |
| J Dulin 3 | 0.75 | ▪▪▪ | 250.00 | 8/14/2011 | 187.50 |
| Client Accomo... | | ▪▪▪ | -187.50 | 8/14/2011 | -187.50 |

# BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C

PAGE135

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8079 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 0.5 | Work on enlarged TPSI closed/open Exhibit | 250.00 | 8/15/2011 | 125.00 |
| J Dulin 3 | 0.5 | █████████████████████ | 250.00 | 8/15/2011 | 125.00 |
| Client Accomo... | | No Charge for above time | -125.00 | 8/15/2011 | -125.00 |
| J Dulin 3 | 4.25 | Organize & Sequence the 19 Demo Exhibits; emails DK re: ████████ ██████ email exchange DK; check Scheduling Order; email RWP re: ████ Edit letter to Mayer and email to JM, NZ & DK; | 250.00 | 8/16/2011 | 1,062.50 |
| paralegal 3 | 1 | Organize Exhibits and make copies for file | 80.00 | 8/16/2011 | 80.00 |
| J Dulin 3 | 3.25 | Re read Despatch opposition and our reply, begin Draft of Rebuttal Points; Telecon PG re: ████ exchange emails w DK on ████ | 250.00 | 8/17/2011 | 812.50 |
| paralegal 3 | 0.3 | Scan 19 pgs. of Demonstration Exhibits | 80.00 | 8/17/2011 | 24.00 |

# BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE136

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8079 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 3.75 | Complete review Mayer Opposition Brief, annotate; edit Script for Argument; several emails DK re: ███ email DK re:████ review ████████ █████ email DK; prepare new Exhibit 19 pg. 6 in poster form for Argument; email from ██ re: ██████ | 250.00 | 8/18/2011 | 937.50 |
| J Dulin 3 | 0.5 | ███████████ | 250.00 | 8/18/2011 | 125.00 |
| Client Accomo... |  | No Charge | -125.00 | 8/18/2011 | -125.00 |
| paralegal 3 | 1 | ██████████████████ | 80.00 | 8/18/2011 | 80.00 |
| J Dulin 3 | 3.25 | Email Mayer re: 2nd Amended Answer stipulation; prepare ███ Declaration & email to ███ prepare files for trip; prepare Indexes, prepare 20th poster (combo of TPSI 02 & 04 Figs. Independent access) | 250.00 | 8/19/2011 | 812.50 |
| paralegal 3 | 1.5 | Modify Exhibit, scan to disk; make copies - email to co counsel. | 80.00 | 8/19/2011 | 120.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE137

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8079 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2 | Review & organize mini copies of Demonstrative Exhibits; review TPSI Memorandum & Despatch Oppositions; annotate Script for oral argument; | 250.00 | 8/21/2011 | 500.00 |
| J Dulin 3 | 6.7 | Preparation for & attend Hearing with DK & RWP, present brief additional remarks to Judge Real, attend his reading of Decision Granting TPSI Motion to Dismiss; post Hearing conf with D Korovilas re: ▮▮▮ Report to Alex and Peter ▮▮▮ report to P Gray ▮▮▮ | 250.00 | 8/22/2011 | 1,675.00 |
| J Dulin 3 | 3 | Conf AR re: ▮▮▮ emails SS, GB,PG & DK re: ▮▮▮ telecons to ▮▮▮ & R Kruzek; ▮▮▮ circulated to all; Review our Safe Harbor Letter to Despatch. | 250.00 | 8/23/2011 | 750.00 |
| J Dulin 3 | 1.25 | File Management; collate & file collection of research, correspondence & pleadings documents; receipt Court Minute Order (Docket #109) forward to client; email & telecon PG; receipt DK ▮▮▮ | 250.00 | 8/25/2011 | 312.50 |

# BALANCE DUE

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE138

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8079 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| J Dulin 3 | 2 | Review & edit drafts of Judgment & Findings; exchange emails DK; conf Office Manager on ▮ email DK; begin research on Telecon ▮ | 250.00 | 8/26/2011 | 500.00 |
| J Dulin 3 | 1.5 | Exchange emails DK re: ▮ receipt & review Despatch objections to Fings, exchange emails DK & provide text for reply; edit ▮ ▮Reply ▮ & send to DK; confirm filing; email to DK on ▮ | 250.00 | 8/29/2011 | 375.00 |
| J Dulin 3 | 0.25 | Email exchanges re: ▮ | 250.00 | 8/31/2011 | 62.50 |

| | **BALANCE DUE** | $16,471.50 |
|---|---|---|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE139

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8106 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| Research Cost | 1 | Despatch v TPSI in Central District Court, CA Matter ████████████ Sent electronically 9-6-2011* | 75.00 | 8/19/2011 | 75.00 |

| | | | | **BALANCE DUE** | $75.00 |
|---|---|---|---|---|---|

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C

PAGE140

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8107 |

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| Other Costs | 1 | Despatch v TPSI in Central District Court, CA Matter<br><br>Costs for preparation of Demonstrative Exhibit Poster Boards (21 Boards @ $27.14 each incl tax)<br><br>Sent electronically 9-6-2011* | 569.92 | 8/25/2011 | 569.92 |

| | BALANCE DUE | $569.92 |
|---|---|---|

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for
amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax
ID Number:  91-2055302

EXHIBIT C
PAGE141

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305
E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/31/2011 | 8108 |

| Client/ Matter No. | | TERMS |
|---|---|---|
| 7249-026 | | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|------|-----------|-------------|------|------|--------|
| | | Despatch v TPSI in Central District Court CA Matter | | | |
| Research Cost | | ████████████ | 365.80 | 8/25/2011 | 365.80 |
| Research Cost | | | 900.00 | 8/25/2011 | 900.00 |
| Misc Expense | | Copying Costs/ Oct. 14, 2010 to date of Hearing ( 950 pages @ .10/pg) | 950.00 | 8/26/2011 | 950.00 |
| Misc Expense | | Court File Copies Costs  (8/2 and 8/5) | 3.28 | 8/26/2011 | 3.28 |
| Misc Expense | | Other Costs: D Ring Binders (2 inch) for Hearing @ $10.99 each plus tax ( x 2) | 23.86 | 8/26/2011 | 23.86 |
| Express Mail | | To D Korovilas | 18.30 | 8/17/2011 | 18.30 |
| | | Sent electronically 9-6-2011* | | | |

| | | | **BALANCE DUE** | | $2,261.24 |

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE142