# WUCETICH **W K** KOROVILAS

## INVOICE FOR LEGAL SERVICES RENDERED

Wucetich & Korovilas LLP  
222 North Sepulveda Boulevard, Suite 2000  
El Segundo, CA 90245  
Tel. (310) 335-2001  
Fax (310) 364-5201  
FEIN 27-2947631  

**Bill To:** TP Solar, Inc  
c/o Alex Rey, President & CEO  
15944 Downey Avenue  
Paramount, CA 90723  

Client: TP Solar, Inc.  
Matter: Despatch Industries Limited Partnership – Patent Litigation  
Account No.: 1002-22  
Billing Period: 9/1/11-10/31/11  
Statement Print Date: 11/4/11  

**Total Due:** **$21,191.75**

---

**Account Detail:**

**Attorneys' Fees:**

| Date: | Attorney: | Description: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| 9/6/11 | Dimitrios V. Korovilas | Review and respond to correspondence regarding ███████ ████████ | .2 | $330 | $66 |
| 9/15/11 | Jason M. Wucetich | Review the Court's judgment in favor of TPSI; review the Court's findings of fact and conclusions of law regarding the judgment. | .6 | $330 | $198 |
| 9/18/11 | Dimitrios V. Korovilas | Review the Court's judgment in favor of TPSI; review the Court's findings of fact and conclusions of law regarding the judgment; review and respond to correspondence regarding ███ | 1 | $330 | $330 |
| 9/19/11 | Dimitrios V. Korovilas | Review correspondence from opposing counsel regarding proposed settlement terms. | .2 | $330 | $66 |
| 9/20/11 | Dimitrios V. Korovilas | Prepare memorandum in support of motion for attorneys' fees pursuant to 35 U.S.C. § 285; prepare memorandum in support of motion for Rule 11 sanctions; review correspondence from opposing counsel regarding | 5.2 | $330 | $1,716 |

1

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | proposed settlement terms. | | | |
| 9/22/11 | Dimitrios V. Korovilas | Prepare memorandum in support of motion for attorneys' fees pursuant to 35 U.S.C. § 285; prepare memorandum in support of motion for Rule 11 sanctions; prepare correspondence regarding ██████████. | 6.6 | $330 | $2,178 |
| 9/22/11 | Jason M. Wucetich | Review and revise memoranda in support of motions for attorneys' fees and sanctions. | 2 | $330 | $660 |
| 9/23/11 | Dimitrios V. Korovilas | Prepare correspondence regarding ████████████ ████. | .4 | $330 | $132 |
| 9/26/11 | Dimitrios V. Korovilas | Prepare correspondence regarding ████████████ ████. | .3 | $330 | $99 |
| 9/27/11 | Dimitrios V. Korovilas | Prepare Siegel declaration in support of fees motions; prepare Dulin declaration in support of fees motions; prepare Korovilas declaration in support of fees motions; prepare exhibits to declarations; review and revise memorandum in support of motion for attorneys' fees pursuant to 35 U.S.C. § 285; review and revise memorandum in support of motion for Rule 11 sanctions. | 8 | $330 | $2,640 |
| 9/22/11 | Jason M. Wucetich | Review and revise memoranda in support of motions for attorneys' fees and sanctions. | 1.5 | $330 | $495 |
| 9/28/11 | Dimitrios V. Korovilas | Prepare memorandum in support of motion for attorneys' fees pursuant to 35 U.S.C. § 285; prepare memorandum in support of motion for Rule 11 sanctions; prepare application to the clerk to tax costs; prepare supporting declarations in support of same; prepare notices of both motions; prepare proposed orders granting both motions; correspondence with co-counsel regarding ████. | 13 | $330 | $4,290 |
| 9/29/11 | Dimitrios V. Korovilas | Prepare amended notice of application to the clerk to tax costs. | 1 | $330 | $330 |

EXHIBIT A   PAGE006
████████

| | | | | | |
|---|---|---|---|---|---|
| 10/4/11 | Dimitrios V. Korovilas | Review and respond to correspondence regarding Despatch's proposed settlement terms; review and collect relevant excerpts from Richert deposition transcript. | 1.4 | $330 | $462 |
| 10/5/11 | Dimitrios V. Korovilas | Prepare correspondence to opposing counsel regarding improper designations of Richert transcript as confidential and meeting and conferring on potential motion to change designation absent agreement. | .9 | $330 | $297 |
| 10/6/11 | Dimitrios V. Korovilas | Prepare notice of errata re second Rey declaration; coordinate filing of same, together with Clark and Thomas declarations. | 1.5 | $330 | $495 |
| 10/13/11 | Dimitrios V. Korovilas | Prepare correspondence responding to opposing counsel's inquiries regarding recent filings. | 1.5 | $330 | $495 |
| 10/14/11 | Dimitrios V. Korovilas | Prepare reply in support of application to the clerk to tax costs; review correspondence from opposing counsel regarding Richert deposition confidentiality designations. | 1.8 | $330 | $594 |
| 10/17/11 | Dimitrios V. Korovilas | Review Despatch's oppositions to motions for fees and sanctions and related papers; prepare correspondence to co-counsel regarding ███ prepare correspondence to opposing counsel regarding objections to recent filings. | 3.1 | $330 | $1,023 |
| 10/17/11 | Jason M. Wucetich | Review Despatch's oppositions to motions for fees and sanctions and related papers. | 1.5 | $330 | $495 |
| 10/18/11 | Dimitrios V. Korovilas | Review and respond to correspondence with co-counsel regarding ████████ ███. | .3 | $330 | $99 |
| 10/19/11 | Dimitrios V. Korovilas | Review and respond to correspondence regarding ████████ ████. | .2 | $330 | $66 |
| 10/21/11 | Dimitrios V. Korovilas | Review draft replies in support of fees and sanctions motions for attorneys' fees and sanctions; | 1.5 | $330 | $495 |

3

| | | prepare correspondence regarding ██████ | | | |
|---|---|---|---|---|---|
| 10/24/11 | Dimitrios V. Korovilas | Review and revise reply briefs in support of motions for fees and sanctions; prepare revised versions of bills to exhibit in supplemental declarations; coordinate filing of reply briefs and supporting declarations. | 8 | $330 | $2,640 |
| 10/24/11 | Jason M. Wucetich | Review reply briefs in support of motions for fees and sanctions. | 1 | $330 | $330 |
| 10/26/11 | Dimitrios V. Korovilas | Prepare correspondence to co-counsel regarding ██████ ██████ | .2 | $330 | $66 |
| **Total Fees:** | | | **62.9** | **$330** | **$20,757** |

**Disbursements:**

| <u>Date</u>: | <u>Charge</u>: | <u>Amount</u>: |
|---|---|---|
| 9/29/11 | Vendor Fees re:<br>• Preparation and delivery of mandatory bluebacked courtesy copies to chambers re motions for attorneys' fees, sanctions, and related papers. | $162.50 |
| 9/30/11 | Vendor Fees re:<br>• Preparation and delivery of mandatory bluebacked courtesy copies to chambers re application to the clerk to tax costs and related papers. | $115.50 |
| 10/7/11 | Vendor Fees re:<br>• Preparation and delivery of mandatory bluebacked courtesy copies to chambers re notice of errata, second Rey declaration, and Clark and Thomas declarations. | $40.00 |
| 9/30/11 | Vendor Fees re:<br>• Preparation and delivery of mandatory bluebacked courtesy copies to chambers re reply in support of application to the clerk to tax costs. | $26.00 |
| 10/25/11 | Vendor Fees re:<br>• Preparation and delivery of mandatory bluebacked courtesy copies to chambers re replies in support of motions for fees and sanctions. | $90.75 |
| **Total Disbursements:** | | **$434.75** |
| **Total Due:** | | **$21,191.75** |

Please remit payment within 30 days of receipt to the following address.

Wucetich & Korovilas LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245

4

# WUCETICH **W K** KOROVILAS

## INVOICE FOR LEGAL SERVICES RENDERED

Wucetich & Korovilas LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
Tel. (310) 335-2001
Fax (310) 364-5201
FEIN 27-2947631

**Bill To:** TP Solar, Inc
c/o Alex Rey, President & CEO
15944 Downey Avenue
Paramount, CA 90723

| | |
|---|---|
| Client: | TP Solar, Inc. |
| Matter: | Despatch Industries Limited Partnership – Patent Litigation |
| Account No.: | 1002-22 |
| Billing Period: | 11/1/11-12/28/11 |
| Statement Print Date: | 12/28/11 |

**Total Due:** $13,131.52

---

**Account Detail:**

**Attorneys' Fees:**

| Date: | Attorney: | Description: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| 11/4/11 | Dimitrios V. Korovilas | Review recent billing statements from Nilan Johnson relevant to pending fees motions; review recent billing statements from Innovation Law Group relevant to pending fees motions; prepare supplemental declaration of Stanley Siegel in support of pending fees motions; prepare supplement declaration of Jacques M. Dulin in support of pending fees motions; prepare supplemental declaration of Dimitrios V. Korovilas in support of pending fees motions; coordinate filing of supplemental declarations; correspondence with co-counsel regarding ▮▮▮ review correspondence from opposing counsel regarding supplemental filings. | 6.5 | $330 | $2,145 |
| 11/4/11 | Jason M. Wucetich | Review supplemental filings in support of fees motions. | .6 | $330 | $198 |

1

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/6/11 | Dimitrios V. Korovilas | Prepare for hearing on TPSI's motions for Rule 11 sanctions and for attorneys' fees and costs pursuant to 35 U.S.C. § 285. | 1 | $330 | $330 |
| 11/7/11 | Dimitrios V. Korovilas | Attend hearing on TPSI's motions for Rule 11 sanctions and for attorneys' fees and costs pursuant to 35 U.S.C. § 285; office conference with J. Wucetich regarding ███ correspondence with court reporter re obtaining transcript of hearing. | 3.5 | $330 | $1,155 |
| 11/8/11 | Dimitrios V. Korovilas | Review minute order from Court re TPSI's motions for Rule 11 sanctions and for attorneys' fees and costs pursuant to 35 U.S.C. § 285; review correspondence between co- and opposing counsel regarding pending filings. | .7 | $330 | $231 |
| 11/8/11 | Jason M. Wucetich | Review minute order from Court re TPSI's motions for Rule 11 sanctions and for attorneys' fees and costs pursuant to 35 U.S.C. § 285. | .2 | $330 | $66 |
| 11/10/11 | Dimitrios V. Korovilas | Review transcript of November 7 hearing on TPSI's motions for Rule 11 sanctions and for attorneys' fees and costs pursuant to 35 U.S.C. § 285; prepare proposed order granting motions based on transcript record; correspondence with co-counsel regarding ███ prepare notice of lodging regarding same; coordinate filing of same. | 3 | $330 | $990 |
| 11/11/11 | Dimitrios V. Korovilas | Correspondence with co-counsel re ████████████ | .5 | $330 | $165 |
| 11/13/11 | Jason M. Wucetich | Review transcript of November 7 hearing on TPSI's motions for Rule 11 sanctions and for attorneys' fees and costs pursuant to 35 U.S.C. § 285. | .6 | $330 | $198 |
| 11/14/11 | Dimitrios V. Korovilas | Prepare meet-and-confer letter to opposing counsel re pending motion to modify fees order to include additional fees incurred in | 1 | $330 | $330 |

2

| | | | | | |
|---|---|---|---|---|---|
| | | fees motions, per local rule 7. | | | |
| 11/15/11 | Dimitrios V. Korovilas | Review correspondence between co- and opposing counsel regarding case logistics and scheduling; review list of designated documents related to motion for summary judgment appeal; prepare response to same; review correspondence from opposing counsel re response to meet-and-confer re pending motion to modify fees order. | 1.2 | $330 | $396 |
| 11/17/11 | Dimitrios V. Korovilas | Review correspondence from deputy clerk re pending application to tax costs. | .2 | $330 | $66 |
| 11/18/11 | Dimitrios V. Korovilas | Review correspondence from opposing counsel re refusal to meet and confer regarding pending motion to modify fees order; correspondence with co-counsel regarding same. | .5 | $330 | $165 |
| 11/25/11 | Dimitrios V. Korovilas | Correspondence re pending designation of materials relevant to motion for summary judgment appeal; review docket for relevant materials. | 1 | $330 | $330 |
| 11/28/11 | Dimitrios V. Korovilas | Review court's order granting TPSI's motions for Rule 11 sanctions and for attorneys' fees and costs pursuant to 35 U.S.C. § 285. | .5 | $330 | $165 |
| 11/28/11 | Jason M. Wucetich | Review court's order granting TPSI's motions for Rule 11 sanctions and for attorneys' fees and costs pursuant to 35 U.S.C. § 285. | .5 | $330 | $165 |
| 11/30/11 | Dimitrios V. Korovilas | Prepare supplemental declaration in support of application to tax costs, per request from deputy clerk; correspondence with co-counsel regarding ███ coordinate filing of same; correspondence with deputy clerk regarding same. | 2 | $330 | $660 |
| 12/1/11 | Dimitrios V. Korovilas | Review response by Despatch to supplemental declaration in support of application to tax costs; correspondence with co-counsel regarding ███ | 1 | $330 | $330 |

3

| Date | Attorney | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/2/11 | Dimitrios V. Korovilas | Prepare motion to modify fees order to include recent fees incurred. | 4 | $330 | $1,320 |
| 12/5/11 | Dimitrios V. Korovilas | Prepare memorandum in support of motion to include recent fees incurred; prepare notice of motion; prepare proposed order granting motion. | 3.5 | $330 | $1,155 |
| 12/6/11 | Jason M. Wucetich | Review memorandum in support of motion to include recent fees incurred. | 1 | $330 | $330 |
| 12/9/11 | Dimitrios V. Korovilas | Review correspondence regarding ██████████ ██████████. | .5 | $330 | $165 |
| 12/12/11 | Dimitrios V. Korovilas | Review correspondence re ██████████. | .2 | $330 | $66 |
| 12/13/11 | Dimitrios V. Korovilas | Review ██████████ ██████. | .2 | $330 | $66 |
| 12/14/11 | Dimitrios V. Korovilas | Review ██████████ ████. | .2 | $330 | $66 |
| 12/19/11 | Dimitrios V. Korovilas | Review recent billings of Nilan Johnson and Innovation Law Group relevant to pending motion to modify fees order to include recently incurred amount; prepare declaration in support of motion. | 2.5 | $330 | $825 |
| 12/27/11 | Dimitrios V. Korovilas | Review filing re pending appeal to Federal Circuit; prepare declaration in support of pending motion to modify fees order to include recently incurred amounts; prepare exhibits to same, including redacting attorney-client privileged and work product information. | 2.5 | $330 | $825 |
| **Total Fees:** | | | **39.1** | **$330** | **$12,903.00** |

**Disbursements:**

| Date: | Charge: | Amount: |
|-------|---------|---------|
| 11/4/11 | Vendor Fees re:<br>• Preparation and delivery of mandatory bluebacked courtesy copies to chambers re supplemental declarations in support of fees motion. | $75.00 |

4

| | | |
|---|---|---|
| 11/8/11 | Court Reporter Fees re: | $101.52 |
| | • Transcript of November 7, 2011 hearing on fees motions. | |
| 11/10/11 | Vendor Fees re: | $26.00 |
| | • Preparation and delivery of mandatory bluebacked courtesy copies to chambers re lodging of proposed order granting fees motions. | |
| 11/30/11 | Vendor Fees re: | $26.00 |
| | • Preparation and delivery of mandatory bluebacked courtesy copies to chambers re supplemental declarations in support of application to clerk to tax costs. | |
| **Total Disbursements:** | | **$228.52** |
| **Total Due:** | | **$13,131.52** |

Please remit payment within 30 days of receipt to the following address.

Wucetich & Korovilas LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245