

**nilan johnson lewis** PA

400 • ONE FINANCIAL PLAZA
120 SOUTH SIXTH STREET
MINNEAPOLIS • MN 55402
P 612 305 7500   F 612 305 7501

October 19, 2011

Jacques M. Dulin
Innovation Law Group
237 North Sequim Avenue
Sequim, WA 98382-3456

Invoice No. 87487
Matter No. 52184-0001
Stanley E. Siegel

For Professional Services Rendered Through September 30, 2011
**Re: Despatch Industries v. TP Solar, Inc.**

| Date | Initials | Narrative | Hours | Amount |
|---|---|---|---|---|
| 09/15/11 | SES | Review and analyze judgment received on today's date from U.S. District Court for the Central District of California; review and analyze findings of uncontroverted facts and conclusions of law regarding defendant's motion for summary judgment received on today's date; conference with Attorney Gray regarding ▓▓▓ review and analyze correspondence received from Attorney Dulin to Attorney Niederluecke regarding misrepresentations in Taiwan by Despatch representatives; exchange correspondence with Attorney Gray regarding ▓▓▓ notes to file. | .80 | 316.00 |
| 09/18/11 | PDG | Review attorney Dulin's additional correspondence to opposing counsel regarding Despatch's misrepresentations to foreign customers | .10 | 25.00 |
| 09/19/11 | SES | Office work on case; review multiple correspondence from Attorneys Dulin and Korovilas regarding ▓▓▓ conferences with Attorneys Bromen and Gray regarding ▓▓▓ | 1.80 | 711.00 |
| 09/19/11 | PDG | Communication with co-counsel and related review regarding ▓▓▓ | .30 | 75.00 |
| 09/20/11 | SES | Exchange multiple correspondence with Attorneys Dulin, Korovilas and Gray regarding ▓▓▓ conferences with Attorneys Bromen and Gray regarding ▓▓▓ notes to file. | .90 | 355.50 |

Federal ID Number 41-1848848

NILANJOHNSON.COM

EXHIBIT B   PAGE014

| Date | Initials | Narrative | Hours | Amount |
|---|---|---|---|---|
| 09/20/11 | PDG | Review series of internal and external emails regarding ▓ | .30 | 75.00 |
| 09/21/11 | SES | Office work on motion in support of fees and expenses; exchange multiple correspondence with Attorneys Dulin, Korovilas and Gray regarding ▓ notes to file. | 1.80 | 711.00 |
| 09/21/11 | PDG | Teleconference with local counsel regarding ▓ related correspondence to counsel and related file review | .30 | 75.00 |
| 09/22/11 | SES | Office work on motion in support of fees and expenses; exchange multiple correspondence with Attorneys Dulin, Korovilas and Gray regarding ▓ notes to file; review and analyze correspondence from Attorney Dulin to opposing counsel regarding settlement offer; review and analyze correspondence received from opposing counsel in response; notes to file. | 1.90 | 750.50 |
| 09/22/11 | PDG | Correspondence to local counsel ▓ | .10 | 25.00 |
| 09/23/11 | SES | Office work on motion in support of fees and expenses; exchange multiple correspondence with Attorneys Dulin, Korovilas and Gray regarding ▓ notes to file; review and analyze exchange of multiple correspondence between Attorney Dulin and opposing counsel regarding continuing issues in Taiwan and issues with respect to Despatch's purported offer of settlement; review, analyze and revise draft motion for attorney's fees ▓ conference with Attorney Gray regarding ▓ exchange correspondence with Attorney Gray and client regarding ▓ | 2.40 | 948.00 |
| 09/23/11 | PDG | Review and analyze draft motion for attorneys' fees and related correspondence with co-counsel; review email correspondence between attorney Dulin and opposing counsel regarding Despatch's settlement proposal. | .70 | 175.00 |
| 09/26/11 | SES | Continued office work on motion in support of request for costs and fees; assemble, review and analyze firm's invoices for services rendered; conferences with Attorney Gray regarding ▓ exchange multiple correspondence with Attorneys Korovilas and Dulin. | 1.70 | 671.50 |
| 09/26/11 | PDG | Prepare correspondence to local counsel ▓ | .20 | 50.00 |

TP Solar, Inc.  
52184-0001

October 19, 2011  
Invoice No. 87487

| Date | Initials | Narrative | Hours | Amount |
|------|----------|-----------|-------|--------|
| 09/27/11 | SES | Review and analyze correspondence received from Attorney Dulin regarding ▮ ▮review▮ conference with Attorney Bromen regarding ▮ correspondence with Attorney Dulin regarding ▮ | .90 | 355.50 |
| 09/28/11 | SES | Final office work on preparation of motion in support of fees and expenses; exchange multiple correspondence with Attorney Korovilas; review and analyze declaration in support of motion; exchange correspondence and conferences with Attorney Gray regarding ▮ notes to file. | 1.90 | 750.50 |
| 09/28/11 | GAB | ▮ | .40 | 100.00 |
| 09/28/11 | PDG | Review and analyze draft Siegel declaration in support of attorneys' fees application and ▮ | .30 | 75.00 |
| 09/29/11 | SES | Review and analyze multiple correspondence received from attorney Korovilas regarding ▮ review and analyze correspondence received from US District Court regarding yesterday's filing of motion in support of fees and expenses; review exchange of correspondence between Attorneys Korovilas and Dulin regarding ▮ exchange correspondence and conferences with Attorney Gray regarding ▮ notes to file. | .80 | 316.00 |
| 09/29/11 | PDG | Review correspondence between co-counsel regarding ▮ | .10 | 25.00 |
| | | | | $6,585.50 |

Disbursements:

| Date | Description | Amount |
|------|-------------|--------|
| | Long Distance | 0.90 |
| | Total Disbursements | $0.90 |

**Total Amount Due this Invoice** $6,586.40



**nilan johnson lewis** PA

400 • ONE FINANCIAL PLAZA
120 SOUTH SIXTH STREET
MINNEAPOLIS • MN 55402
P 612 305 7500  F 612 305 7501

November 2, 2011

Jacques M. Dulin
Innovation Law Group
237 North Sequim Avenue
Sequim, WA 98382-3456

Invoice No. 87678
Matter No. 52184-0001
Stanley E. Siegel

For Professional Services Rendered Through October 31, 2011
**Re: Despatch Industries v. TP Solar, Inc.**

| Date | Initials | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/04/11 | SES | Review multiple correspondence from opposing counsel regarding proposed settlement and filing of client's motions for costs and attorney's fees; exchange multiple correspondence with Attorneys Dulin and Korovilas; conferences with Attorneys Gray and Bromen regarding ▇▇▇▇▇▇▇▇ office work on proposed written response to opposing counsel ▇▇▇▇▇▇ notes to file; review correspondence received from client. | 2.80 | 1,106.00 |
| 10/05/11 | SES | Review multiple correspondence from opposing counsel regarding proposed settlement and filing of client's motions for costs and attorney's fees; exchange multiple correspondence with Attorneys Dulin and Korovilas; conferences with Attorneys Gray and Bromen regarding ▇▇▇▇▇▇ office work on proposed written response to opposing counsel pursuant to request from Attorney Dulin; notes to file; exchange correspondence with local counsel regarding ▇▇▇▇▇▇ | 1.90 | 750.50 |

| Date | Initials | Narrative | Hours | Amount |
|------|----------|-----------|-------|--------|
| 10/06/11 | SES | Review multiple correspondence received from opposing counsel regarding settlement proposals and efforts to conduct meet and confer with respect to confidentiality designations from depositions taken in the case; exchange multiple correspondence with client regarding ▮▮▮ conferences with Attorneys Gray and Bromen regarding ▮ notes to file; review and analyze multiple electronic filings received from co-counsel on today's date; conference with Attorney Gray regarding same; notes to file. | 1.90 | 750.50 |
| 10/10/11 | SES | Review and analyze correspondence from opposing counsel regarding filings that client made last week and objecting thereto; review exchange of correspondence between co-defense counsel and opposing counsel regarding ▮ review correspondence between co-defense counsel and opposing counsel regarding ▮ | .70 | 276.50 |
| 10/11/11 | SES | Review and analyze correspondence received from Attorney Dulin on today's date; conference with attorney Gray | .20 | 79.00 |
| 10/12/11 | SES | Review and analyze notice of appeal to the federal circuit filed by Despatch Industries on today's date; review and analyze objections to amended application to the clerk to tax costs against Despatch received on today's date; notes to file. | .80 | 316.00 |
| 10/13/11 | SES | Review analyze exchange of correspondence between opposing counsel and co-defense counsel regarding status of settlement negotiations; review and analyze multiple exchange of correspondence between opposing counsel and co-defense counsel regarding plaintiff's objection to client's post-judgment electronic filings; conference with Attorney Gray regarding same; review and analyze federal circuit information sheet filed on today's date; review and analyze exchange of correspondence between opposing counsel and co-defense counsel regarding meet and confer with respect to designation of confidential information during depositions. | 1.90 | 750.50 |
| 10/13/11 | GAB | Review notice of appeal filed by Despatch. | .10 | 25.00 |
| 10/14/11 | SES | Review and analyze exchange of correspondence between Attorney Dulin and opposing counsel regarding status of settlement negotiations; review and analyze exchange of correspondence between local counsel and opposing counsel regarding outcome of meet and confer. | .40 | 158.00 |
| 10/14/11 | PDG | Review Despatch Notice of Appeal; review correspondence between co-counsel and opposing counsel regarding Richert transcript confidentiality designations | .20 | 50.00 |

| Date | Initials | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/17/11 | SES | Review and analyze conformed reply brief in support of application to tax costs received on today's date from Attorney Dulin; review and analyze exchange of correspondence between opposing counsel and co-defense counsel regarding status of settlement negotiations; review and analyze voluminous documents filed by opposing counsel on today's date in opposition to motion for attorneys fees and non-taxable expenses; conferences with Attorneys Bromen and Gray regarding ▮ exchange multiple correspondence with co-defense counsel regarding ▮ | 2.40 | 948.00 |
| 10/18/11 | SES | Continued review and analysis of exchange of correspondence between opposing counsel and co-defense counsel regarding status of settlement negotiations; review and analyze voluminous documents filed by opposing counsel in opposition to motion for attorneys fees and non-taxable expenses; conferences with Attorneys Bromen and Gray regarding ▮ exchange multiple correspondence with co-defense counsel regarding ▮ office work on legal research of issues raised; prepare for and participate in conference call with Attorneys Dulin, Gray and Bromen regarding ▮ review and analyze ▮ exchange correspondence with co-defense counsel and Attorney Gray regarding ▮ | 2.80 | 1,106.00 |
| 10/18/11 | GAB | Review in detail Despatch's opposition to motions for sanctions; review correspondence and pleadings from Minnesota proceedings ▮ conference call with Minnesota litigation team and Mr. Dulin to discuss ▮ | 2.80 | 700.00 |
| 10/18/11 | PDG | Review and analyze Despatch's Rule 11 and Section 285 opposition papers; related teleconference with co-counsel and related research. | 6.40 | 1,600.00 |
| 10/19/11 | SES | Continued office work on rebuttal of plaintiff's opposition to motion for attorney's fees and non-taxable expenses; exchange multiple correspondence with co-defense counsel regarding ▮ office work on legal research of issues raised; conferences with Attorneys Gray and Bromen regarding ▮ review, analyze and revise opposition memorandum; notes to file; review and analyze correspondence received from Attorney Dulin regarding ▮ | 2.60 | 1,027.00 |

| Date | Initials | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/19/11 | GAB | Legal research regarding ▮▮▮ begin drafting insert to reply memorandum regarding Rule 11; continue examining record of correspondence in Minnesota proceedings regarding Despatch's belated efforts to transfer case. | 4.20 | 1,050.00 |
| 10/19/11 | PDG | Continued research and record review for Rule 11 and Section 285 reply memoranda | 7.80 | 1,950.00 |
| 10/20/11 | SES | Continued office work on rebuttal of plaintiff's opposition to motion for attorney's fees and non-taxable expenses; exchange multiple correspondence with co-defense counsel regarding ▮ office work on legal research of issues raised; conferences with Attorneys Gray and Bromen regarding ▮ review, analyze and revise opposition memorandum; notes to file | 2.70 | 1,066.50 |
| 10/20/11 | GAB | Review and edit drafts of reply memoranda for both attorney fee motions; complete drafting insert into memorandum regarding Rule 11. | 4.00 | 1,000.00 |
| 10/20/11 | PDG | Continued extensive research and prepare draft Rule 11 reply memorandum. | 10.40 | 2,600.00 |
| 10/21/11 | SES | Continued office work on rebuttal of plaintiff's opposition to motion for attorney's fees and non-taxable expenses; exchange multiple correspondence with co-defense counsel regarding ▮ office work on legal research of issues raised; conferences with Attorneys Gray and Bromen regarding ▮ review, analyze and revise opposition memorandum; notes to file | 1.90 | 750.50 |
| 10/21/11 | GAB | Review and edit multiple drafts of reply memoranda for both attorney fee motions; legal research regarding amendments to Rule 11 in 1993 and affect on case law from before amendment. | 2.50 | 625.00 |
| 10/21/11 | PDG | Prepare revised draft Rule 11 memorandum | 7.30 | 1,825.00 |
| 10/22/11 | GAB | Communicate with Peter Gray regarding ▮▮▮ | .20 | 50.00 |
| 10/22/11 | PDG | Continued research for Rule 11 and Section 285 reply memoranda | .60 | 150.00 |
| 10/23/11 | PDG | Prepare revised Rule 11 reply memorandum; extensive revision of Section 285 reply memorandum | 7.90 | 1,975.00 |
| 10/24/11 | SES | Final office work on rebuttal of plaintiff's opposition to motion for attorney's fees and non-taxable expenses; exchange multiple correspondence with co-defense counsel regarding ▮ conferences with Attorneys Gray and Bromen regarding ▮ review, analyze and revise opposition memorandum; notes to file | 1.40 | 553.00 |

TP Solar, Inc.  
52184-0001

November 2, 2011  
Invoice No. 87678

| Date | Initials | Narrative | Hours | Amount |
|------|----------|-----------|-------|--------|
| 10/24/11 | GAB | Review and revise reply memoranda on motions for sanctions; research ███████ | 1.00 | 250.00 |
| 10/24/11 | PDG | Revise and finalize Rule 11 and Section 285 reply memoranda | 9.20 | 2,300.00 |
| 10/25/11 | SES | Review and analyze letter to Clerk of Court and Appellant's Certificate as to Transcript received in mail; conference with attorney Gray regarding ███ notes to file | .20 | 79.00 |
| 10/27/11 | SES | Exchange multiple correspondence with co-defense counsel regarding ███████ notes to file | .30 | 118.50 |

$25,985.50

**Total Amount Due this Invoice** $25,985.50



**nilan johnson lewis** PA

400 ▪ ONE FINANCIAL PLAZA
120 SOUTH SIXTH STREET
MINNEAPOLIS ▪ MN 55402
P 612 305 7500  F 612 305 7501

December 8, 2011

Jacques M. Dulin
Innovation Law Group
237 North Sequim Avenue
Sequim, WA 98382-3456

Invoice No. 88122
Matter No. 52184-0001
Stanley E. Siegel

For Professional Services Rendered Through November 30, 2011
**Re: Despatch Industries v. TP Solar, Inc.**

| Date | Initials | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/02/11 | SES | Review and analyze ▬ conference with Attorney Gray regarding ▬ office work on preparation of firm's invoice for filing with District Court with respect to fee application; notes to file. | .80 | 316.00 |
| 11/03/11 | SES | Office work on case; exchange correspondence with Attorneys Dulin and Korovalis regarding ▬ conference with Attorney Bromen regarding ▬ notes to file. | .70 | 276.50 |
| 11/04/11 | SES | Exchange multiple correspondence with Attorneys Dulin and Korovalis regarding ▬ review and analyze redacted ▬ conference with Attorney Gray regarding ▬ review and analyze correspondence received from opposing counsel demanding that we withdraw declarations filed on today's date; exchange multiple correspondence with Attorneys Dulin and Korovalis regarding ▬ notes to file. | 2.40 | 948.00 |
| 11/04/11 | PDG | Review proposed redacted fee invoices and attorney declaration for supplemental fee application and related correspondence ▬ review correspondence from co-counsel ▬ | .30 | 75.00 |

Federal ID Number 41-1848848



NILANJOHNSON.COM

TP Solar, Inc.  
52184-0001

December 8, 2011  
Invoice No. 88122

| Date | Initials | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/07/11 | PDG | Teleconference with attorney Dulin regarding ███ | .20 | 50.00 |
| 11/08/11 | SES | Review and analyze order received with respect to defendant's motion for sanctions received on today's date; conference with Attorney Gray regarding ███ notes to file; exchange correspondence with Attorney Dulin regarding ███ exchange correspondence and conferences with contacts ███ notes to file. | 1.60 | 632.00 |
| 11/08/11 | PDG | Correspondence with co-counsel regarding ███ | .30 | 75.00 |
| 11/09/11 | SES | Review and analyze correspondence received from Attorney Dulin regarding ███ conference with Attorney Gray regarding ███ exchange correspondence with co-defense counsel; review and analyze correspondence from Attorney Korovalis regarding ███ notes to file; conference with Attorney Bromen regarding ███ | .80 | 316.00 |
| 11/09/11 | PDG | Review transcript of hearing on fee motion and proposed order granting fees and related correspondence with co-counsel. | .30 | 75.00 |
| 11/10/11 | SES | Conference with Attorney Gray regarding ███ review firm's invoices; exchange correspondence with Attorney Korovalis with respect to ███ notes to file. | .60 | 237.00 |
| 11/10/11 | PDG | Review revised proposed order regarding grant of fees motion and ███ | .20 | 50.00 |
| 11/14/11 | SES | Exchange correspondence with co-defense counsel regarding ███ | .20 | 79.00 |
| 11/15/11 | SES | Review correspondence with opposing counsel regarding proposed meet and confer; review and analyze correspondence received from Attorney Dulin regarding ███ | .30 | 118.50 |
| 11/17/11 | SES | Review and analyze correspondence from US District Court Clerk Rosa Morales regarding rejection of client's bill of costs application; exchange correspondence with co-defense counsel regarding ███ | .30 | 118.50 |

TP Solar, Inc.  
52184-0001

December 8, 2011  
Invoice No. 88122

| Date | Initials | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/23/11 | SES | Review exchange of correspondence between opposing counsel and local counsel regarding proposed meet and confer; review and analyze correspondence from Attorney Korovalis regarding ▓▓▓ conference with Attorney Gray regarding ▓▓▓ | .60 | 237.00 |
| 11/29/11 | SES | Review and analyze order granting motion for attorney's fees and non-taxable expenses and sanctions pursuant to 35 U.S.C., section 285 and Fed. R. Civ. P. 11 received on today's date; correspondence to co-defense counsel; conference with Attorney Gray regarding ▓▓▓ | .60 | 237.00 |
| 11/29/11 | PDG | Review written order granting attorneys' fees motion. | .10 | 25.00 |
| 11/30/11 | SES | Review and analyze Supplement to client's Application to the U.S. District Court Clerk to Tax Costs against Plaintiff and correspondence from attorney Koravilas regarding ▓▓▓ notes to file | .30 | 118.50 |

$3,984.00

**Total Amount Due this Invoice** $3,984.00