**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

**BILL TO:**

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 9/30/2011 | 9012 |

| Client/ Matter No. | TERMS |
|---|---|
| ▮ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 3.25 | Receipt of advisory from ▮ re: ▮ ; Investigation of ▮ ; email Ltr to ▮ advising how to handle ▮ email Cease & Desist to Niederlucke re: TW acts of Despatch; Receipt of Court Judgment & Findings; finalize ▮ and send to client ▮ ; forward Judgment to Client; | 250.00 | 9/16/2011 | 812.50 |
| J Dulin 3 | 1 | Telecon Mr. Neiderleucke re: Settlement; report to client; email DK re: ▮ ; conf ▮ re ▮ | 250.00 | 9/19/2011 | 250.00 |
| paralegal 3 | 0.2 | Send out ▮ re: ▮ | 80.00 | 9/19/2011 | 16.00 |
| J Dulin 3 | 1 | Receipt Despatch Offer of Settlement & forward to client ▮ emails to Neiderleucke requesting clarification on Lift & VOC oxidizers; exchange emails with client re: ▮ , ▮ verify sending of ▮ | 250.00 | 9/20/2011 | 250.00 |

**BALANCE DUE**

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE025

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 9/30/2011 | 9012 |

| Client/ Matter No. | TERMS |
|---|---|
| ▇ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| paralegal 3 | 0.75 | Verify contact information ▇; ▇ | 80.00 | 9/20/2011 | 60.00 |
| J Dulin 3 | 0.75 | Exchange emails re: ▇; review Costs List ▇; | 250.00 | 9/21/2011 | 187.50 |
| J Dulin 3 | 0.25 | Email Neiderleucke re: his nonresponse means not serious; Telecon Alex re: ▇. | 250.00 | 9/22/2011 | 62.50 |
| J Dulin 3 | 0.25 | Review emails on ▇ email DK re: ▇ | 250.00 | 9/23/2011 | 62.50 |
| J Dulin 3 | 2.75 | Work on Fees Motion documents; ▇; conf Office Manager re: ▇ | 250.00 | 9/26/2011 | 687.50 |
| paralegal 3 | 1 | Scan numerous pages of invoices & emails | 80.00 | 9/26/2011 | 80.00 |
| J Dulin 3 | 1 | Work on Motion; ▇ | 250.00 | 9/27/2011 | 250.00 |

**BALANCE DUE**

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE026

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue
Sequim, WA  98382**

Phone: 360 681 7305

E-mail   JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 9/30/2011 | 9012 |

| Client/ Matter No. | TERMS |
|---|---|
| ▮ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 3.5 | Work on Motion for fees; review Declaration of Rey; ▮ check Exhibits and emails DK re: ▮ Edit Motions Memorandum ▮ final proofing of Dulin Declaration; exchange ▮ emails DK, AR, SS & GB. | 250.00 | 9/28/2011 | 875.00 |
| Consultation | 1 | Duplicating CD's for Exhibits deliver 7/13/2011 (NWPS #19860 d. 7/20/2011) not prev. billed | 53.79 | 7/20/2011 | 53.79 |
| Research Cost |  | ▮ | 365.80 | 9/30/2011 | 365.80 |
|  |  | Credit of $450 applied ▮ Balance due this invoice =$3,563.09* |  |  |  |

**BALANCE DUE**    $4,013.09

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
▮ PAGE027

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305

E-mail JanDulin@Innovationlaw.com

**BILL TO:**

Thermal Processing Solutions Inc.
16394 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 9/30/2011 | 9036 |

| Client/ Matter No. | TERMS |
|---|---|
| ▮ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 2.5 | Email from KN that D has filed a Reissue Application; advise client ▮ | 250.00 | 9/23/2011 | 625.00 |
| J Dulin 3 | 2.5 | Review ▮ | 250.00 | 9/27/2011 | 625.00 |
| J Dulin 3 | 0.1 | Check ▮ | 250.00 | 9/29/2011 | 25.00 |
| J Dulin 3 | 0.1 | Check new court filing and re schedule of Costs Motion; check status of ▮ | 250.00 | 9/30/2011 | 25.00 |

**BALANCE DUE** $1,300.00

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE028

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/31/2011 | 9053 |

| Client/ Matter No. | TERMS |
|---|---|
| ▮ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 1.5 | Email from KN with Modified Offer of Settlement; forward to TPSI & Legal Team; short interim reply to KN; prepare Draft Counter - proposal to KN ▮ further exchange with KN re: ▮ | 250.00 | 10/4/2011 | 375.00 |
| J Dulin 3 | 0.75 | Review comments ▮ Finalize Response to Neiderluecke on D's Settlement Proposal and email to KN, copy to ▮ | 250.00 | 10/5/2011 | 187.50 |
| J Dulin 3 | 1 | Receipt ▮ reply to Settlement Proposal; forward to client; interim reply to KN; exchange emails DK on ▮ | 250.00 | 10/6/2011 | 250.00 |
| J Dulin 3 | 0.1 | Email to DK ▮ | 250.00 | 10/9/2011 | 25.00 |
| J Dulin 3 | 0.1 | Email Demand for $400,000 to KN; | 250.00 | 10/10/2011 | 25.00 |

**BALANCE DUE**

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

Page 1

EXHIBIT C
PAGE029

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305

E-mail JanDulin@Innovationlaw.com

**BILL TO:**

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/31/2011 | 9053 |

| Client/ Matter No. | TERMS |
|---|---|
| ▮ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| paralegal 3 | 4.5 | Access & print down for ILG Binder, Court Docs 118-134 Motions to Tax Costs, Motion for Sanctions under Rule 11 and Motion for Attorney's Fees under 35USC 285; conf ▮ re: ▮ | 80.00 | 10/13/2011 | 360.00 |
| J Dulin 3 | 1.5 | Email exchange DK & KN on Despatch Demand to Withdraw Filing of Docs 129-131 (corrected Declaration of Rey and Clark and Thomas Authenticating Declaration; email response to KN re: D's offer to pay Costs after unsuccessful Appeal to CAFC; response from RWP; | 250.00 | 10/13/2011 | 375.00 |
| J Dulin 3 | 1.75 | Email and Telecon DK re; ▮ Teleconf J Mayer re: Richert Depo pages removal of Confidentiality and his agreement to review balance by 10/20; Teleconf J Mayer re: Opposition to filing 128-131; They withdraw Objection to 128, 129; Oppose 130-131; we request they reconsider. Telecon DK re: ▮ Telecon AR ▮ | 250.00 | 10/14/2011 | 437.50 |

**BALANCE DUE**

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE030

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/31/2011 | 9053 |

| Client/ Matter No. | TERMS |
|---|---|
| ▮ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 0.1 | Email exchange KN re: TPSI offer to settle for $400K paid by D to TPSI. | 250.00 | 10/15/2011 | 25.00 |
| J Dulin 3 | 3.1 | Exchange of emails w/ J Mayer re: his renegging on agreement to not oppose filing 128 & 129; email ▮ Receipt of Court Doc.s 137-142, D's opposition Memorandua to Fees & Sanctions Motions with Declarations of KN, JM & NZ and Exhibits; email to SS, PG & DK re: ▮ conf with ▮ email paralegal re: ▮ | 250.00 | 10/17/2011 | 775.00 |
| J Dulin 3 | 8 | Work on Reply Memorandum, including ▮ review authorities list & emails ▮ work on Reply Memorandum to 285 Fees; Telecon with SS & PG on ▮ ; exchange email w DK on ▮ | 250.00 | 10/18/2011 | 2,000.00 |

**BALANCE DUE**

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE031

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/31/2011 | 9053 |

| Client/ Matter No. | TERMS |
|---|---|
|  | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| paralegal 3 | 1.5 | Prepare | 80.00 |  | 120.00 |
| J Dulin 3 | 9 | Complete ███ Reply on 285; ███;conf ███ re: caselaw research; | 250.00 | 10/19/2011 | 2,250.00 |
| J Dulin 3 | 2.25 | Brief rewrite, work on Introduction section; ███ email P Gray re: ███ | 250.00 |  | 562.50 |
| J Dulin 3 | 7 | Edits to Rule 285 Reply; edits to Rule 11 Reply; Teleconf & email P Gray and B Bromen; ███ | 250.00 | 10/21/2011 | 1,750.00 |
| J Dulin 3 | 11 | Work through several drafts of Memorandum on 285 Fees including re ███ emails Peter Gray & review Draft of Rule 11 Sanctions Motion; Draft detailed email to PG on ███ | 250.00 | 10/22/2011 | 2,750.00 |

## BALANCE DUE

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

Page 4

EXHIBIT C
PAGE032

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

<u>BILL TO:</u>

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/31/2011 | 9053 |

| | | | Client/ Matter No. | TERMS |
|---|---|---|---|---|
| | | | ▓▓▓ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 10 | Continue drafts of 285 Memorandum; ▓▓▓ Review Rule 11 Memorandum & email PG re: ▓▓▓ | 250.00 | ▓▓▓ | 2,500.00 |
| J Dulin 3 | 3 | Finalize Memorandum on Rule 11 sanctions and Sec 285 Fees, ▓▓▓ Telecons & emails DK & PG; ▓▓▓ | 250.00 | 10/25/2011 | 750.00 |
| paralegal 3 | 3 | Prepare ToC & ToA for 285 Memorandum; reformat move footnotes; proof, cite check | 80.00 | 10/25/2011 | 240.00 |
| paralegal 3 | 2.5 | Post Filing download of Court Documents, save & print; email AR; schedule trip for Nov. 6-9 | 80.00 | 10/25/2011 | 200.00 |
| J Dulin 3 | 0.5 | Email AR & DK re: ▓▓▓ email exchange DK on ▓▓▓ | 250.00 | 10/26/2011 | 125.00 |
| | | | | **BALANCE DUE** | |

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

Page 5

EXHIBIT C
PAGE033

# INVOICE

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail   JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

| DATE | INVOICE # |
|---|---|
| 10/31/2011 | 9053 |

| Client/ Matter No. | TERMS |
|---|---|
| ■ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| Misc Expense | | Postage:  to K Niederleucke with Proof of Mailing | 1.59 | 10/5/2011 | 1.59 |
| Misc Expense | |  Other Charges:  Ordering Court Documents (PACER) | 5.92 | 10/5/2011 | 5.92 |
| | | Sent electronically 11-2-2011* | | | |

**BALANCE DUE**   $16,090.01

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

Page 6

EXHIBIT C
PAGE034

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

Thermal Processing Solutions Inc.
16394 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/31/2011 | 9061 |

| Client/ Matter No. | TERMS |
|---|---|
| ▮ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 1.25 | Receipt Notice of Appeal; Docket, ▮ Begin review of Rules of Practice for CAFC, download; email ▮ | 250.00 | 10/12/2011 | 312.50 |
| J Dulin 3 | 1.25 | Check status of Appeal filing with PACER and CAFC website; Telecon Clerk's Office; email to ▮ | 250.00 | 10/28/2011 | 312.50 |
| J Dulin 3 | 0.5 | Receipt Docket No. on Appeal in the mail; work on Entry of Appearance, Docketing Statement and Certificate of Interest.<br><br>Sent electronically 11-2-2011* | 250.00 | 10/31/2011 | 125.00 |

**BALANCE DUE**   $750.00

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30 days.  Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

Pay online at:  https://ipn.intuit.com/8p36wcft

EXHIBIT C
PAGE035

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/31/2011 | 9090 |

| Client/ Matter No. | TERMS |
|---|---|
| ▮ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| Legal Research | 1 | Despatch v TPSI in Central District CA<br><br>Research Services on  Fees Motion Incl. ▮<br>▮<br><br>Sent electronically  11-3-2011* | 648.18 | 10/31/2011 | 648.18 |

**BALANCE DUE**   $648.18

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30 days.  Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055502

Pay online at:  https://ipn.intuit.com/4s63nsmt

EXHIBIT C

▮ PAGE036 ▮

**Innovation Law Group, Ltd.**

237 N. Sequim Avenue
Sequim, WA 98382

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

**BILL TO:**

TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/30/2011 | 9105 |

| Client/ Matter No. | TERMS |
|---|---|
| ■■■ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 2.5 | Receipt of Court Minute Order, circulate it; email DK re: ■■■; Telecon report to ■■■ email KN re: Joint Motion to consolidate Appeals exchanges of emails DK re: ■■■ | 250.00 | 11/8/2011 | 625.00 |
| J Dulin 3 | 0.5 | Exchange Drafts of ■■■ | 250.00 | 11/10/2011 | 125.00 |
| J Dulin 3 | 0.1 | Email exchange DK re: ■■■ | 250.00 | 11/11/2011 | 25.00 |
| J Dulin 3 | 0.2 | Receipt Notice from Court; Exchange emails re: ■■■ respond to DK; | 250.00 | 11/17/2011 | 50.00 |
| paralegal 3 | 0.5 | Scan and send ■■■ | 80.00 | 11/24/2011 | 40.00 |

**BALANCE DUE**

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue
Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

BILL TO:

TP Solar, Inc.
15944  Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/30/2011 | 9105 |

| Client/ Matter No. | TERMS |
|---|---|
| ███ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 0.2 | Receipt of Court Order Granting Fees & Sanctions of $358,011.15 (#155); print and save; ███; | 250.00 | 11/29/2011 | 50.00 |
| J Dulin 3 | 0.25 | Monitor filings of Declaration and Argument for TPSI cost Supplement Application | 250.00 | 11/30/2011 | 62.50 |
|  |  | subtotal services this invoice: |  |  | 977.50 |
| Misc Expense | | Pacer Charges (Court Documents) | 2.00 | 11/24/2011 | 2.00 |
| Research Cost | | ███ | 731.60 | 11/30/2011 | 731.60 |
|  |  | Sent electronically 12-9-2011* |  |  |  |

**BALANCE DUE**  $1,711.10

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305

E-mail JanDulin@Innovationlaw.com

<u>BILL TO:</u>
TP Solar, Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 12/29/2011 | 9147 |

| Client/ Matter No. | TERMS |
|---|---|
| ██ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 0.15 | Monitor filing of Supplemental Declaration and Despatch Response for Costs. | 250.00 | 12/1/2011 | 37.50 |
| J Dulin 3 | 0.5 | Exchange emails DK & SS re: ██ | 250.00 | 12/7/2011 | 125.00 |
| J Dulin 3 | 0.25 | Edit Billings, Proof Final ██. | 250.00 | 12/9/2011 | 62.50 |
| | | Services this Invoice: | | | 225.00 |
| Research Cost | | ██ | 365.80 | 12/29/2011 | 365.80 |
| | | Sent electronically 12-29-2011* | | | |

**BALANCE DUE** $590.80

All invoices are due upon receipt. Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to: Innovation Law Group, Ltd. - Tax ID Number: 91-2055302

EXHIBIT C
PAGE039

# Innovation Law Group, Ltd.

**237 N. Sequim Avenue**
**Sequim, WA  98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

**BILL TO:**

TP Solar Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 12/29/2011 | 9150 |

| Client/ Matter No. | TERMS |
|---|---|
| ██████ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 2 | Case research Warner Jenkinson, Festo; print & save to file | 250.00 | 12/6/2011 | 500.00 |
| J Dulin 3 | 1.5 | Telecon & email exchange KN re: guarantee of ITW ? in lieu of Bond; emails AR, DK, SS  re: ██████ | 250.00 | 12/9/2011 | 375.00 |
| J Dulin 3 | 0.4 | Exchange emails KN re: Despatch Motion for Ext. of 30 days for CAFC Brief (No Objection by TPSI); emails PG & DK; ██████ | 250.00 | 12/12/2011 | 100.00 |
| | | Sent electronically 12-29-2011* | | | |

**BALANCE DUE**  $975.00

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C
PAGE040

**Innovation Law Group, Ltd.**

**237 N. Sequim Avenue**
**Sequim, WA 98382**

Phone: 360 681 7305

E-mail  JanDulin@Innovationlaw.com

<u>BILL TO:</u>
TP Solar Inc.
15944 Downey Ave
Paramount, CA 90723-5500

# INVOICE

| DATE | INVOICE # |
|---|---|
| 12/29/2011 | 9146 |

| Client/ Matter No. | TERMS |
|---|---|
| ███ | Net 30 |

| ITEM | TIME/HOURS | DESCRIPTION | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|
| J Dulin 3 | 0.2 | Check status & report ███;  Sent electronically 12-29-2011* | 250.00 | 12/6/2011 | 50.00 |

**BALANCE DUE**  $50.00

All invoices are due upon receipt.  Invoices will be assessed a 1.5% service charge for amounts due past 30-days. - Make all checks payable to:  Innovation Law Group, Ltd. - Tax ID Number:  91-2055302

EXHIBIT C

PAGE041